B 4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia (Gainesville)

In re **Scovill Fasteners Inc., *et al.***        Case No. **11-21650**
Debtor(s)        Chapter **11**

## CONSOLIDATED LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS

Following is the consolidated list of the debtor's creditors holding the 40 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 40 largest unsecured claims. If a minor child is one of the creditors holding the 40 largest unsecured claims, state the child's initials and the name and address of the parent or guardian, such as "A.B., a minor child, by John doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| GSC RECOVERY INC<br>ATTN:  PETER FRANK<br>500 CAMPUS DRIVE<br>SUITE 220<br>FLORHAM PARK, NJ  07932 | GSC RECOVERY INC<br>ATTN:  PETER FRANK<br>500 CAMPUS DRIVE<br>SUITE 220<br>FLORHAM PARK, NJ  07932<br>T:  973-437-1000<br>F:  973-437-1037 | UNSECURED LOAN | | $48,929,000.00 |
| OLIN CORP/BRASS DIV - #2<br>ATTN: MASON GRIGGS<br>427 N SHAMROCK STREET<br>EAST ALTON, IL  62024 | OLIN CORP/BRASS DIV - #2<br>ATTN: MASON GRIGGS<br>427 N SHAMROCK STREET<br>EAST ALTON, IL  62024<br>T: 618-258-5000<br>F: 618-258-5322<br>E: MLGriggs@olin.com | TRADE DEBT | | $1,896,446.52 |
| GSCP (NJ) LP<br>ATTN:  PETER FRANK<br>500 CAMPUS DRIVE<br>SUITE 220<br>FLORHAM PARK, NJ  07932 | GSCP (NJ) LP<br>ATTN:  PETER FRANK<br>500 CAMPUS DRIVE<br>SUITE 220<br>FLORHAM PARK, NJ  07932<br>T:  973-437-1000<br>F:  973-437-1037 | PROFESSIONAL SERVICES - ADMINISTRATIVE | | $1,312,500.00 |
| SCOTT BRASS INC.<br>ATTN: DAVID MARTINELLI<br>1637 ELMWOOD AVENUE<br>CRASTON, RI  02910 | SCOTT BRASS INC.<br>ATTN: DAVID MARTINELLI<br>1637 ELMWOOD AVENUE<br>CRASTON, RI  02910<br>T: 800-556-3470<br>F: 401-461-9057<br>E: d.martineli@scottbrass.com | TRADE DEBT | | $1,153,872.60 |
| LAMCON MAGESTIC POWER<br>ATTN: KIT WONG<br>153 WEST 36TH ST 4TH FLOOR<br>NEW YORK, NY  10018-9460 | LAMCON MAGESTIC POWER<br>ATTN: KIT WONG<br>153 WEST 36TH ST 4TH FLOOR<br>NEW YORK, NY  10018-9460<br>T: 212-868-6910<br>F: 212-868-4050<br>E: lamcom1@aol.com | TRADE DEBT | | $845,228.00 |
| METAL CHEM INC<br>ATTN: ROBIN ALEKSINAS<br>509 HUNTINGTON RD<br>GREENVILLE, SC  29615-4211 | METAL CHEM INC<br>ATTN: ROBIN ALEKSINAS<br>509 HUNTINGTON RD<br>GREENVILLE, SC  29615-4211<br>T: 864-877-6175<br>F: 864-877-6176<br>E: robin@metalchem-inc.com | TRADE DEBT | | $291,135.25 |

In re   **Scovill Fasteners Inc.,** *et al.*                                                                                    Case No.   **11-21650**
                                       Debtor(s)

# CONSOLIDATED LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| BANK OF AMERICA<br>ATTN: LIBBY CALDWELL<br>402 WASHINGTON STREET<br>GAINESVILLE, GA  30501 | BANK OF AMERICA<br>ATTN: LIBBY CALDWELL<br>402 WASHINGTON STREET<br>GAINESVILLE, GA  30501<br>T: 888-852-500 Ext 2100<br>F: 866-539-1180<br>E: libby.caldwell@baml.com | LOCKBOX SERVICES | | $191,243.22 |
| ALLOY FASTENERS, INC.<br>ATTN: ROBERT ROTONDO<br>DEPT. 106045<br>15 AMFLEX DRIVE<br>CRASTON, RI  02921 | ALLOY FASTENERS, INC.<br>ATTN: ROBERT ROTONDO<br>DEPT. 106045<br>15 AMFLEX DRIVE<br>CRASTON, RI  02921<br>T: 800-343-0839<br>F: 401-275-9765<br>E: accounting@alloyfasteners.com | TRADE DEBT | | $174,790.63 |
| SMITH, GAMBRELL & RUSSELL, LLP<br>ATTN: SANDRA MOSS MALLORY<br>SUITE 3100 PROMENADE II<br>1230 PEACHTREE STRET, N E<br>ATLANTA, GA  30309-3592 | SMITH, GAMBRELL & RUSSELL, LLP<br>ATTN: SANDRA MOSS MALLORY<br>SUITE 3100 PROMENADE II<br>1230 PEACHTREE STRET, N E<br>ATLANTA, GA  30309-3592<br>T: 404-815-3500<br>F: 404-815-3509<br>E: smallory@sgrlaw.com | PROFESSIONAL FEES | | $146,286.00 |
| GEORGIA POWER CO<br>ATTN: TSALI BENLEY<br>241 RALPH MCGILL BLVD<br>ATLANTA, GA  30308 | GEORGIA POWER CO<br>ATTN: TSALI BENLEY<br>241 RALPH MCGILL BLVD<br>ATLANTA, GA  30308<br>T: 404-506-6526<br>F: 404-506-3771<br>E: TDBENTLE@southernco.com | UTILITY | | $139,179.53 |
| O'MELVENY & MYERS LLP<br>ATTN: JERFFREY KOHN<br>TIMES SQUARE TOWER<br>7 TIMES SQUARE<br>NEW YORK, NY  10036 | O'MELVENY & MYERS LLP<br>ATTN: JERFFREY KOHN<br>TIMES SQUARE TOWER<br>7 TIMES SQUARE<br>NEW YORK, NY  10036<br>T: 212-326-2000<br>F: 212-326-2061<br>E: jkohn@omm.com | PROFESSIONAL FEES | | $132,724.32 |
| STROOCK & STROOCK & LAVIN LLP<br>ATTN: JIM PONICHTERA<br>180 MAIDEN LANE<br>NEW YORK, NY  10038-4982 | STROOCK & STROOCK & LAVIN LLP<br>ATTN: JIM PONICHTERA<br>180 MAIDEN LANE<br>NEW YORK, NY  10038-4982<br>T: 212-806-5400<br>F: 212-806-6006 | PROFESSIONAL FEES | | $124,225.14 |
| COVENTRY HEALTH CARE OF GA<br>PO BOX 6502<br>CAROL STREAM, IL  60197-6502 | COVENTRY HEALTH CARE OF GA<br>PO BOX 6502<br>CAROL STREAM, IL  60197-6502<br>T: 866-497-2473<br>F: 866-373-0276 | PLAN BENEFITS | | $106,446.19 |

In re **Scovill Fasteners Inc., *et al.***     Case No. **11-21650**
Debtor(s)

# CONSOLIDATED LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| WHEELER INDUSTRIAL CORP<br>ATTN: PAUL COATES<br>485 LYON AVE.<br>IRVINGTON, NJ 07111 | WHEELER INDUSTRIAL CORP<br>ATTN: PAUL COATES<br>485 LYON AVE.<br>IRVINGTON, NJ 07111<br>T: 973-926-0551<br>F: 973-926-0984<br>E: copper.knight@verizon.net | TRADE DEBT | | $97,710.39 |
| MASTER TOOL AND MOLD INC.<br>ATTN: JON STERMER<br>4075 EAST MARKET STREET<br>YORK, PA 17402 | MASTER TOOL AND MOLD INC.<br>ATTN: JON STERMER<br>4075 EAST MARKET STREET<br>YORK, PA 17402<br>T: 800-704-7816<br>F: 717-757-5361<br>E: jstermer@mtmyork.com | TRADE DEBT | SUBJECT TO SETOFF | $95,464.22 |
| ELCO SINTERED ALLOYS, INC<br>ATTN: RICHARD GREEN<br>269 FAIRVIEW ROAD<br>KERSEY, PA 15846-0183 | ELCO SINTERED ALLOYS, INC<br>ATTN: RICHARD GREEN<br>269 FAIRVIEW ROAD<br>KERSEY, PA 15846-0183<br>T: 814/885-8031<br>F: 814-885-8649<br>E: dgreenelco@yahoo.com | TRADE DEBT | | $89,891.74 |
| JANPAK/GREENVILLE PAPER CO.<br>ATTN: SKIP COOKE<br>134 LEADER DRIVE<br>PIEDMONT, SC 29673 | JANPAK/GREENVILLE PAPER CO.<br>ATTN: SKIP COOKE<br>134 LEADER DRIVE<br>PIEDMONT, SC 29673<br>T: 800-755-4472<br>F: 864-220-9614<br>E: scooke@janpak.com | TRADE DEBT | | $76,053.16 |
| WOMBLE CARLYLE SANDRIDGE RICE<br>ATTN: DAVID ADAMS<br>271 17TH ST NW SUITE 2400<br>ATLANTA, GA 30363-1017 | WOMBLE CARLYLE SANDRIDGE RICE<br>ATTN: DAVID ADAMS<br>271 17TH ST NW SUITE 2400<br>ATLANTA, GA 30363-1017<br>T: 404-872-7000<br>F: 404-888-7490 | PROFESSIONAL FEES | | $65,183.09 |
| JOPEVI<br>CINICOLA`S DE BUSSI NO 32<br>PO BOX 567 03203 ELCHE<br>ALICANTE,<br>SPAIN | JOPEVI<br>CINICOLA`S DE BUSSI NO 32<br>PO BOX 567 03203 ELCHE<br>ALICANTE,<br>SPAIN<br>T: 01134966651008<br>F: 01134966651003 | TRADE DEBT | | $58,838.03 |
| NEBCO<br>ATTN: ALISHA RUDACEBSKY BESSALA<br>16 INTERNATIONAL WAY<br>WARWICK, RI 02886-1706 | NEBCO<br>ATTN: ALISHA RUDACEBSKY BESSALA<br>16 INTERNATIONAL WAY<br>WARWICK, RI 02886-1706<br>T: 877-739-3330<br>F: 401-739-9709 | PLAN BENEFITS | | $52,933.98 |

In re **Scovill Fasteners Inc.,** *et al.*　　　　　　　　　　　Case No. **11-21650**
　　　　　　　　　　　　　Debtor(s)

# CONSOLIDATED LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| BDO SEIDMAN, LLP<br>ATTN: MARTHA KAIRUZ<br>1100 PEACHTREE ST NE STE 700<br>ATLANTA, GA  30309-4516 | BDO SEIDMAN, LLP<br>ATTN: MARTHA KAIRUZ<br>1100 PEACHTREE ST NE STE 700<br>ATLANTA, GA  30309-4516<br>T: 404-979-7113<br>F: 404-688-1075<br>E: mkairuz@bdo.com | PROFESSIONAL FEES | | $42,232.50 |
| 9190-6628 QUEBEC INC.<br>ATTN: STEVE MARAZ<br>1255 RUE DES CARRIERES ST.<br>MONTREAL, QC  H2S 2B1<br>CANADA | 9190-6628 QUEBEC INC.<br>ATTN: STEVE MARAZ<br>1255 RUE DES CARRIERES ST.<br>MONTREAL, QC  H2S 2B1<br>CANADA<br>T: 514-624-0560/514-276-6565<br>F: 514-274-2242 | TRADE DEBT | | $39,514.21 |
| KPMG, LLP<br>ATTN: KRISTINE<br>303 PEACHTREE ST NE SUITE 2000<br>ATLANTA, GA  30308-3210 | KPMG, LLP<br>ATTN: KRISTINE<br>303 PEACHTREE ST NE SUITE 2000<br>ATLANTA, GA  30308-3210<br>T: 404-222-3000<br>F: 404-322-3050 | PROFESSIONAL FEES | | $27,551.00 |
| UTILITY SERVICE GROUP, INC.<br>PO BOX 10<br>CORNELIA, GA  30531 | UTILITY SERVICE GROUP, INC.<br>PO BOX 10<br>CORNELIA, GA  30531<br>T: 706-894-3371<br>F: 706-839-4226 | UTILITY | | $22,156.32 |
| ALLTECK GMBH ALLTEC<br>ATTN: FRANK REHMUS, ALLTEC LASER BUSINESS UNIT<br>AN DER TRAVE 27-31<br>SLEMSDORF,  23923<br>GERMANY | ALLTECK GMBH ALLTEC<br>ATTN: FRANK REHMUS, ALLTEC LASER BUSINESS UNIT<br>AN DER TRAVE 27-31<br>SLEMSDORF,  23923<br>GERMANY<br>T: 49 388 2355 0<br>F: 49-38823-55 101<br>E: frank.rehmus@foba.de | TRADE DEBT | | $17,229.84 |
| MICRON PRODUCTS<br>ATTN: JUDY LUCIER<br>25 SAWYER PASSWAY<br>FITCHBURG, MA  01420 | MICRON PRODUCTS<br>ATTN: JUDY LUCIER<br>25 SAWYER PASSWAY<br>FITCHBURG, MA  01420<br>T: 978-345-5000<br>F: 978-342-0168<br>E: jlucier@micronproducts.com | TRADE DEBT | SUBJECT TO SETOFF | $14,100.00 |
| ENGINEERED PARTS SOURCING<br>PO BOX 105334<br>ATLANTA, GA  30321-5334 | ENGINEERED PARTS SOURCING<br>PO BOX 105334<br>ATLANTA, GA  30321-5334<br>T: 770-664-6742<br>F: 770-772-9779 | TRADE DEBT | | $13,837.29 |
| SOKOLOW, CARRERAS & ASSOCIATES<br>55, AVENUE KLEBER<br>PARIS,  75116<br>FRANCE | SOKOLOW, CARRERAS & ASSOCIATES<br>55, AVENUE KLEBER<br>PARIS,  75116<br>FRANCE<br>T: 01 53 65 70 00<br>F: 01 53 65 70 50 | PROFESSIONAL FEES | | $12,922.30 |

In re **Scovill Fasteners Inc., *et al.***     Case No. **11-21650**
             Debtor(s)

# CONSOLIDATED LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| CITY OF CLARKESVILLE<br>PO BOX 21<br>CLARKESVILLE, GA 30523-0021 | CITY OF CLARKESVILLE<br>PO BOX 21<br>CLARKESVILLE, GA 30523-0021<br>T: 706.754.4216<br>F: 706-754-9316 | UTILITY | | $12,277.11 |
| ROBERT W FELTZ<br>8065 BRIXTON PLACE<br>SUWANEE, GA 30024 | ROBERT W FELTZ<br>8065 BRIXTON PLACE<br>SUWANEE, GA 30024<br>T: 770-889-4931 | EMPLOYEE EXPENSES | | $10,481.31 |
| FEDERAL EXPRESS CORP<br>PO BOX 94515<br>PALATINE, IL 60094-4515 | FEDERAL EXPRESS CORP<br>PO BOX 94515<br>PALATINE, IL 60094-4515<br>F: 901-395-2000 | FREIGHT SERVICES | | $10,303.38 |
| TEXAS STATE COMPTROLLER<br>PO BOX 149359<br>AUSTIN, TX 78714-9359 | TEXAS STATE COMPTROLLER<br>PO BOX 149359<br>AUSTIN, TX 78714-9359<br>F: 512-475-0900 | GOVT | | $10,000.00 |
| UNITED HEALTH CARE SPECIALTY<br>PO BOX 2485<br>CAROLSTREAM, IL 60132-2485 | UNITED HEALTH CARE SPECIALTY<br>PO BOX 2485<br>CAROLSTREAM, IL 60132-2485<br>F: 877-265-4877 | PLAN BENEFITS | | $9,626.63 |
| CENTERBEAM, INC.<br>DEPT CH 16611<br>PALATINE, IL 60055-6611 | CENTERBEAM, INC.<br>DEPT CH 16611<br>PALATINE, IL 60055-6611<br>T: 408-328-3113<br>F: 408-750-0555 | TRADE DEBT | | $9,414.52 |
| UNITED PARCEL SERVICE, INC.<br>ATT: TERI PLUMMER MCCLURE, GENERAL COUNSEL<br>55 GLENLAKE PARKWAY, NE<br>ATLANTA, GA 30328 | UNITED PARCEL SERVICE, INC.<br>ATT: TERI PLUMMER MCCLURE, GENERAL COUNSEL<br>55 GLENLAKE PARKWAY, NE<br>ATLANTA, GA 30328<br>T: 404-828-6000<br>F: 404-828-7666 | FREIGHT SERVICES | | $8,898.69 |
| BDO DUNWOODY<br>4150 RUE SAINTE-CATHERINE O<br>6 ETAGE /6TH FLOOR<br>MONTREAL, QC H3Z 2Y5<br>CANADA | BDO DUNWOODY<br>4150 RUE SAINTE-CATHERINE O<br>6 ETAGE /6TH FLOOR<br>MONTREAL, QC H3Z 2Y5<br>CANADA<br>T: 514-931-0841<br>F: 514-931-9491 | PROFESSIONAL FEES | | $7,750.94 |
| COVENTRY DENTAL<br>ATTENTION: ACCOUNTS RECEIVABLE<br>PO BOX 7247-7341<br>PHILADELPHIA, PA 19170-7341 | COVENTRY DENTAL<br>ATTENTION: ACCOUNTS RECEIVABLE<br>PO BOX 7247-7341<br>PHILADELPHIA, PA 19170-7341<br>T: 888-296-3337<br>F: 866-218-6638 | PLAN BENEFITS | | $7,262.70 |

In re  **Scovill Fasteners Inc., *et al.***     Debtor(s)     Case No. **11-21650**

# CONSOLIDATED LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| SUNTRUST BANK<br>PO BOX 26489<br>RICHMOND, VA  23261-6489 | SUNTRUST BANK<br>PO BOX 26489<br>RICHMOND, VA  23261-6489<br>T: 404-813-2108<br>F: 804-782-7620 | BANK FEES | | $6,595.02 |
| STIKEMAN ELLIOTT LLP<br>1155 RENE-LEVESQUE BLVD WEST<br>40TH FLOOR<br>MONTREAL, QC  H3B 3V2<br>CANADA | STIKEMAN ELLIOTT LLP<br>1155 RENE-LEVESQUE BLVD WEST<br>40TH FLOOR<br>MONTREAL, QC  H3B 3V2<br>CANADA<br>T: 514-397-3000<br>F: 514-397-3222 | PROFESSIONAL FEES | | $6,166.75 |
| THOMSON COMPUMARK<br>PO BOX 71892<br>CHICAGO, IL  60694-1892 | THOMSON COMPUMARK<br>PO BOX 71892<br>CHICAGO, IL  60694-1892<br>T: 617-479-1600<br>F: 617-786-8273 | TRADE DEBT | | $5,100.00 |

B 4 (Official Form 4) (12/07)

# DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Stewart Little, the Authorized Officer, President and Chief Executive Officer of Scovill Fasteners Inc. and its affiliated debtors in these cases, declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding 40 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date __April 19, 2011__          Signature __/s/ Stewart Little__

Stewart Little, Authorized Officer, President
and Chief Executive Officer, Scovill Fasteners Inc., *et al.*

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.