**IT IS ORDERED as set forth below:**

**Date: April 20, 2011**

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SCOVILL FASTENERS INC., | ) | Case No. 11-21650 |
| SCOVILL, INC., | ) | Case No. 11-21652 |
| PCI GROUP, INC., | ) | Case No. 11-21655 |
| RAU FASTENER COMPANY, L.L.C., | ) | Case No. 11-21654 |
| SCOMEX, INC., | ) | Case No. 11-21653 |
| | ) | |
| Debtors.[1] | ) | Joint Administration Pending |
| | ) | |

**HEARING WILL BE HELD IN ATLANTA, GEORGIA**

**ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR ORDER (I)
SCHEDULING A HEARING ON FIRST DAY MOTIONS ON AN EMERGENCY
BASIS AND (II) MODIFYING APPLICABLE NOTICE REQUIREMENTS**

Upon consideration of the Debtors' Emergency Motion for Order (I) Scheduling a

---

[1] A Motion for Joint Administration has been filed in these cases. The last four digits of the tax identification number for each of the Debtors follow in parenthesis: (i) Scovill Fasteners, Inc. (9561); (ii) Scovill, Inc. (3634); (iii) PCI Group, Inc. (7672) and Rau Fastener Company, L.L.C. (0883). Scomex, Inc. does not have a taxpayer identification number. The mailing address of the Debtors is 1802 Scovill Drive, Clarkesville, GA 30523-6348.

Hearing on First Day Motions on an Emergency Basis and (II) Modifying Applicable Notice Requirements (the "**Motion**")[2] filed by the above-captioned debtors (the "**Debtors**"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue of these cases in this district being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and upon consideration of the Declaration of Stewart Little in Support of First Day Motions and Applications; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and due and proper notice of the Motion having been given, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation; and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. A hearing will be held on April 25, 2011 at 9:00 a.m. (Eastern Time) before the Honorable Judge Robert Brizendine in Courtroom 1202, 75 Spring Street SW, Atlanta, Georgia 30303 on the motions and applications listed on **Exhibit A - Emergency Motions** (the "**Emergency Motions**") to the Motion.

3. The Debtors are required to complete the following service for the

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

Emergency Motions:

    (a) a copy of all of the Emergency Motions and a copy of the Order granting this Motion and setting a date, time and place for the hearing on the Emergency Motions shall be served, except as noted below with respect to the DIP Financing Motion,[3] either by same day hand delivery, overnight mail delivery, facsimile or e-mail transmission on (a) the Office of the United States Trustee for the Northern District of Georgia; (b) the Debtors' forty (40) largest unsecured creditors (on a consolidated basis); (c) General Electric Capital Corporation, as Agent for the Debtors' prepetition senior secured lender and proposed postpetition lender; (d) GSCP Recovery, Inc., as Agent for the Debtors' subordinated secured lenders; (e) the Internal Revenue Service and (f) all parties requesting notice under Bankruptcy Rule 2002 (collectively the "**Core Group**");

    (b) a copy of the **Employee Wages and Benefits Motion** shall <u>also</u> be served, either by same day hand delivery, overnight mail delivery, facsimile or e-mail transmission on the Banks (as defined in such motion);

    (c) a copy of the **Cash Management Motion** shall <u>also</u> be served, either by same day hand delivery, overnight mail delivery, facsimile or e-mail transmission on the financial institutions identified in Exhibit A to that motion;

    (d) a copy of the **Utility Motion** shall <u>also</u> be served, either by same day hand delivery, overnight mail delivery, facsimile or e-mail transmission on the utility companies identified in Exhibit A to that motion;

---

[3] All capitalized terms not defined herein shall have the meaning given in Exhibit A.

(e) a copy of the Order granting this Motion and a copy of the **DIP Financing Motion,** with corresponding proposed interim and final orders but without the exhibits and schedules attached thereto, shall be served, either by same day hand delivery, overnight mail delivery, facsimile or e-mail transmission on (i) the Core Group, (ii) all financial institutions at which the Debtors maintain deposit accounts; (iii) the landlords for all non-residential real properties occupied by the Debtors as of the Petition Date; (iv) all taxing authorities in the jurisdictions where the Debtors operate that have a reasonably known interest in the relief requested and which may have claims against the Debtors, and (v) all entities known to have asserted any lien, claim, interest or encumbrance in or upon any of the DIP Collateral (as defined therein);

(f) Copies of all Emergency Motions shall be immediately available on the Debtors' website www.bmcgroup.com/scovillfasteners.

4. A copy of the Sale and Bidding Procedures Notice will be served via first-class mail on the following parties:

    (a) the Core Group;

    (b) the Stalking Horse Bidder;

    (c) all potential bidders, as identified by the Debtors and CMAG in their best judgment;

    (d) all taxing authorities in the jurisdictions where the Debtors operate that have a reasonably known interest in the relief requested and which may have claims against the Debtors;

    (e) all federal, state and local regulatory authorities known by the Debtors to assert jurisdiction over the Debtors and/or their property

        and to have an interest in the proposed Sale (including, without limitation, all relevant governmental authorities with authority over labor, employment, pensions and retiree medical benefits, including, without limitation, the Pension Benefit Guaranty Corporation, the United States Department of Labor and the Equal Employment Opportunity Commission);

(f)     any and all unions representing former employees or retirees of the Debtors or their predecessors;

(g)     any retirees or former employees of any of the Debtors that are entitled to any retiree medical or life insurance benefits or other payments from any of the Debtors;

(h)     the United States Environmental Protection Agency;

(i)     the state/local environmental agencies in the jurisdictions where the Debtors own or lease real property;

(j)     the office of the United States Attorney for the Northern District of Georgia; and

(k)     all non-debtor parties to a contract or lease that the Debtors reasonably expect a purchaser to have assumed and assigned in connection with any Sale, and (ix) all entities known to have asserted any lien, claim, interest or encumbrance in or upon any of the Acquired Assets.

5.     The Debtors may establish an objection deadline in the Sale and Bidding Procedures Notice with respect to the relief sought in the Sale and Bidding Procedures Motion. The objection deadline shall be set as follows: (a) no later than the seventh (7th) calendar day before the Sale and Bidding Procedures Hearing if the Sale and Bidding Notice is served at least twenty-one (21) days prior to the Sale and Bidding Procedures Hearing; (b) no later than the third (3rd) calendar day before the Sale and Bidding Procedures Hearing if the Sale and Bidding Procedures Notice is served less than twenty-

one (21) but at least fourteen (14) days prior to the Sale and Bidding Procedures Hearing; or (c) as otherwise ordered by the Court.

6. A copy of the Sale and Bidding Procedures Motion (with exhibits but not schedules) will be provided to any party in interest through electronic or telephonic request to Kit Weitnauer (kit.weitnauer@alston.com) or Heather Byrd Asher (heather.asher@alston.com) at 404-881-7000 or can be obtained by accessing the Debtors' website www.bmcgroup.com/scovillfasteners.

7. The Debtors or their agent are directed to serve a copy of this Order on applicable notice parties.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

***END OF DOCUMENT***

**Prepared and presented by:**

ALSTON & BIRD LLP

/s/ John C. Weitnauer
John C. Weitnauer (Bar No. 746550)
Heather Byrd Asher (Bar No. 139022)
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

*Proposed Attorneys for Debtors*