**IT IS ORDERED as set forth below:**

Date: April 25, 2011

_____
**Robert E. Brizendine**
U.S. Bankruptcy Court Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SCOVILL FASTENERS INC., | ) | Case No. 11-21650 |
| SCOVILL, INC., | ) | Case No. 11-21652 |
| PCI GROUP, INC., | ) | Case No. 11-21655 |
| RAU FASTENER COMPANY, L.L.C., | ) | Case No. 11-21654 |
| SCOMEX, INC., | ) | Case No. 11-21653 |
| | ) | |
| Debtors.[1] | ) | Joint Administration Pending |
| | ) | |

### ORDER DIRECTING JOINT ADMINISTRATION OF
### RELATED CHAPTER 11 CASES

Upon the motion (the "**Motion**")[2] of the debtors and debtors in possession of the above-captioned Chapter 11 cases (collectively, the "**Debtors**") for entry of an order (the "**Order**") directing the joint administration of the Debtors' related Chapter 11 cases for procedural purposes only; and the Court having jurisdiction

---

[1] The last four digits of the tax identification number for each of the Debtors follow in parenthesis: (i) Scovill Fasteners, Inc. (9561); (ii) Scovill, Inc. (3634); (iii) PCI Group, Inc. (7672) and Rau Fastener Company, L.L.C. (0883).  Scomex, Inc. does not have a taxpayer identification number.  The mailing address of the Debtors is 1802 Scovill Drive, Clarkesville, GA 30523-6348.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

over these cases pursuant to 28 U.S.C. §§ 157 and 1334; and venue of these cases in this district being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and upon consideration of the Declaration of Stewart Little in Support of First Day Motions and Applications; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors and other parties in interest; and due and proper notice of the Motion having been given, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon hearing on April 25, 2011 before the Court and after due deliberation; and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The above-captioned Chapter 11 cases shall hereby be jointly administered by this Court in the case of Scovill Fasteners Inc., Case No. 11-21650, pursuant to Bankruptcy Rule 1015(b).

2. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of the above-captioned cases.

3. The caption of the jointly administered cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 (REB) |
| | ) | |
| SCOVILL FASTENERS INC., *et al.*, | ) | Case No. 11-21650 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

4. A docket entry shall be made in each of the above-captioned cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases of Scovill Fasteners Inc., Scovill, Inc., Rau Fastener Company, L.L.C., PCI Group, Inc., and Scomex, Inc. The docket in the case of Scovill Fasteners Inc., Case No. 11-21650, should be consulted for all matters affecting this case.

5. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

6. The Debtors or their agent are directed to serve a copy of this Order on the applicable notice parties.

\*\*\*   END OF ORDER   \*\*\*

**Prepared and presented by:**

ALSTON & BIRD LLP

/s/ John C. Weitnauer
John C. Weitnauer (Bar No. 746550)
Heather Byrd Asher (Bar No. 139022)
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

*Proposed Attorneys for Debtors*