UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| SCOVILL FASTENERS, INC., *et al.*, | : | CASE NO. 11-21652-reb |
| | : | |
| DEBTORS. | : | Jointly Administered |

**APPOINTMENT AND NOTICE OF APPOINTMENT OF
<u>COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS</u>**

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee for Region 21 hereby appoints the creditors listed on the attached Exhibit "A" to serve on the Committee of Creditors Holding Unsecured Claims in the above-captioned case.

DONALD F. WALTON
UNITED STATES TRUSTEE

  /s/ *James H. Morawetz*
JAMES H. MORAWETZ
Trial Attorney
Georgia Bar No. 521900

United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street
Atlanta, GA  30303
Tel: (404) 331-4437
Fax: (404) 331-4464
Email: jim.h.morawetz@usdoj.gov

## EXHIBIT "A"

GBC Metals, LLC d/b/a Olin Brass
ATTN: Thomas Werner, Vice-President, Marketing & Sales
427 North Shamrock St.
East Alton, Il 62024
T: 618-258-5795
F: 618-258-5535
E: thomas.werner@olinbrass.com

Metal Chem, Inc.
ATTN: Michael J. Aleksinas, President
509 Huntington Rd.
Greenville, SC 29615
T: 864-877-6175
F: 864-877-6176
E: mike@metalchem-inc.com

Scott Brass, Inc.
ATTN: David Martinelli, Vice Preident
1637 Elmwood Avenue
Craston, RI 02910
T: 800-556-6470
F: 401-461-9057
E: d.martinelli@scottbrass.com

# CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on this date I caused true and correct copies of the foregoing **Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims** to be deposited in the U.S. Mail with correct first class postage affixed, addressed to the members of the Committee as listed on the attached Exhibit "A".

I further certify that on this date I electronically filed the foregoing **Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims** with the Clerk of Court using the CM/ECF system, which will cause electronic notification of such filing to be sent to the following:

Heather N. Byrd, Esq.
Email: heather.byrd@alston.com
John C. Weitnauer, Esq.
Email: kweitnauer@alston.com
Alston & Bird
1201 W. Peachtree Street
Atlanta, GA 30309

This the  2nd  day of May, 2011.

                                                /s/ *James H. Morawetz*
                                                JAMES H. MORAWETZ
                                                Trial Attorney