**IT IS ORDERED as set forth below:**

Date: May 02, 2011

_____
**Robert E. Brizendine**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SCOVILL FASTENERS INC., *et. al.*, | ) | Case No. 11-21650 (REB) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**ORDER (A) ESTABLISHING BAR DATE FOR FILING REQUESTS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE UNDER 11 U.S.C. §503(B)(9) AND (B) DESIGNATING FORM AND MANNER OF NOTICE THEREOF**

Upon consideration of the Debtors' motion to (a) establish a bar date for requests for allowance or payment of administrative expense claims under 11 U.S.C. §503(b)(9) and (b) designate the form and manner of notice with respect thereto (the "**Motion**");[2] and the Court having jurisdiction over these cases and proceedings pursuant to 28 U.S.C. §§ 157 and 1334; and venue of these cases in this district being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Motion and the relief

---

[1] The last four digits of the tax identification number for each of the Debtors follow in parenthesis: (i) Scovill Fasteners, Inc. (9561); (ii) Scovill, Inc. (3634); (iii) PCI Group, Inc. (7672) and Rau Fastener Company, L.L.C. (0883). Scomex, Inc. does not have a taxpayer identification number. The mailing address of the Debtors is 1802 Scovill Drive, Clarkesville, GA 30523-6348.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and due and proper notice of the Motion having been given, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation; and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The bar date for filing requests for allowance of administrative expense claims under 11 U.S.C. § 503(b)(9) shall be May 25, 2011 at 5:00 p.m. (prevailing Eastern Time).

3. The Section 503(b)(9) Notice, attached as Exhibit A to the Motion, and Section 503(b)(9) Claim Form, attached as Exhibit B to the Motion, are approved.

4. Any requests for allowance of an administrative expense claim under 11 U.S.C. §503(b)(9) not received by the Debtors' claims agent by May 25, 2011 at 5:00 p.m. (Eastern Standard Time) shall be denied and forever barred as untimely.

5. The Debtors or their agent are directed to serve a copy of this Order on all parties listed in the Debtors' creditor matrix except for parties identified by the Debtors as Excluded Parties.

*** END OF ORDER ***

**Prepared and presented by:**

ALSTON & BIRD LLP

/s/ John C. Weitnauer
John C. Weitnauer (Bar No. 746550)
Heather Byrd Asher (Bar No. 139022)
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777


*Proposed Attorneys for Debtors*