**IT IS ORDERED as set forth below:**

**Date: August 08, 2011**

_____
**Robert E. Brizendine**
**U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **SCOVILL FASTENERS INC.,** *et al.*, | ) | Case No. 11-21650-reb |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION
### FOR ORDER AUTHORIZING MODIFICATION OF CASE CAPTION

Upon consideration of the Chapter 7 Trustee's Motion for Order Authorizing Modification of Case Caption [Docket No. 209] (the "**Motion**") in the above-referenced bankruptcy cases (the "**Cases**"); and after due notice and hearing on July 26, 2011; and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases present before the Court and on the record in these Cases establish just cause for the relief granted herein; and no objections to the Motion having been filed or asserted at the hearing; and upon all of the proceedings had before the Court at the hearing on the Motion and after due deliberation; and sufficient cause appearing therefor, it is

ORDERED that the Motion is GRANTED, as set forth herein; it is further

*ATL 18,198,643*

ORDERED that the Debtors in these cases shall be identified as Clarkesville Liquidation, Inc. et al. f/d/b/a Scovill Fasteners Inc. and all parties shall use the case caption as set forth on Exhibit A hereto; and it is further

ORDERED that the Clerk of Court shall edit the Court's CM/ECF database to reflect this change. The edit shall include information sufficient to allow any search of the Court's records to locate this case when using any of the search terms: PCI Group, Inc., Scomex, Inc., Scovill Fasteners Inc., Scovill, Inc.; and Rau Fastener Company, L.L.C.

**[END OF DOCUMENT]**

Prepared and presented by:

GREENBERG TRAURIG, LLP

By:    /s/ John D. Elrod
     David B. Kurzweil (Ga. Bar No. 430492)
     John D. Elrod (Ga. Bar No. 246604)
     Greenberg Traurig, LLP
     The Forum
     3290 Northside Parkway, Suite 400
     Atlanta, Georgia 30327
     Phone: (678) 553-2100
     Fax: (678) 553-2212
     kurzweild@gtlaw.com
     elrodj@gtlaw.com

Proposed Counsel for S. Gregory Hays, Chapter 7 Trustee

**EXHIBIT A**

**NEW CASE CAPTION**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | |
| **CLARKESVILLE LIQUIDATION INC.,** | ) | |
| *et al.*, **f/d/b/a Scovill Fasteners Inc.** *et al.*, | ) | **Case No. 11-21650-reb** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |
| | ) | |

*ATL 18,198,643*

**DISTRIBUTION LIST**

Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
3343 Peachtree Road, NE, Suite 200
Atlanta, GA 30326

John D. Elrod
Greenberg Traurig, LLP
3290 Northside Parkway, NW, Suite 400
Atlanta, Georgia 30327

John C. Weitnauer
Alston & Bird, LLP
One Atlantic Center, 1201 West Peachtree Street
Atlanta, GA 30309-3424

*ATL 18,198,643*