UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CLARKESVILLE LIQUIDATION INC., | ) | |
| *et al.*, f/d/b/a Scovill Fasteners Inc. *et al.*, | ) | |
| | ) | Case No. 11-21650-reb |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## HEARING TO BE HELD IN ATLANTA

### NOTICE OF HEARING ON FINAL APPLICATION OF GREENBERG TRAURIG, LLP FOR APPROVAL OF FEES AND EXPENSES BY ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS

PLEASE TAKE NOTICE that Greenberg Traurig, LLP (hereinafter the "Applicant"), has filed its **Final Fee Application of Greenberg Traurig, LLP for Approval of Fees and Expenses by Attorneys for Official Committee of Unsecured Creditors** for the period from May 2, 2011 through July 12, 2011 (the "**Final Application**") seeking compensation in the amount of $177,909.25 in fees and $4,832.26 for reimbursement of actual and necessary expenses incurred. The Final Application is available for review in the Office of the Clerk of Court, United States Bankruptcy Court, 75 Spring Street, SW, Atlanta, Georgia 30303.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing (the "Hearing") to consider the Final Application in **Courtroom 1202, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia 30303, at 2:00 p.m. on September 7, 2011**.

PLEASE TAKE FURTHER NOTICE that your rights may be affected by the Court's ruling on the Final Application. You should read the Final Application carefully and discuss it with your attorney, if you have one in this bankruptcy case. **If you do not want the court to grant the relief sought in the Final Application or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the Final Application with the Clerk, but you are not required to do so.**

PLEASE TAKE FURTHER NOTICE that any objection to the Final Application must be made in writing and filed with the Clerk of Court, United States Bankruptcy Court, 75 Spring

ATL 18,222,831

Street, SW, Atlanta, Georgia 30303, with copies contemporaneously served upon the applicant to whose application objection is made, by means necessary to ensure receipt on or before the close of business on Wednesday, August 31, 2011 (the "**Objection Deadline**")

This 15th day of August, 2011.

            **GREENBERG TRAURIG, LLP**

            /s/ John D. Elrod
            David B. Kurzweil, Ga. Bar No. 430492
            John D. Elrod, Ga. Bar No. 246604
            3290 Northside Parkway, NW, Suite 400
            Atlanta, Georgia  30327
            (678) 553-2100
            (678) 553-2269 Facsimile
            kurzweild@gtlaw.com
            elrodj@gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have served copies of the Notice of Hearing on Final Fee Application Of Greenberg Traurig, LLP for Approval of Fees And Expenses by Attorneys for Official Committee Of Unsecured Creditors via notice of electronic filing on all parties receiving electronic notices in this case and via first class United States Mail in prepaid envelopes, as follows:

John C. Weitnauer
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

S. Gregory Hays
Hays Financial Consulting, LLC
Atlanta Financial Center
Suite 200
3343 Peachtree Road, NE
Atlanta, GA 30326

Internal Revenue Service
500 N. Capitol Street, NW
Washington, DC 20221

Internal Revenue Service
290 Broadway
New York, NY 10007

Securities & Exchange Commission
Secretary of the Treasury
100 F Street NE
Washington, DC 20549

James H. Morawetz
Office of the U.S. Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

GSCP Recovery Inc.
Attn: Peter Frank
500 Campus Drive
Suite 220
Florham Park, NJ 07032

General Electric Capital Corp.
c/o Sarah Borders
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309

Internal Revenue Service
Department of the Treasury
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30, 133
Philadelphia, PA 19104-5016

ATL 18,222,831

Karen Veronica Defio
Thomas Kennedy
Bond Schoeneck & King PLLC
One Lincoln Center
18th Floor
Syracuse, NY 13202

Erich Durlacher
Bryan Glover
Burr & Forman LLP
171 Seventeenth Street, NW
Suite 100
Atlanta, GA 30363

Craig G. Harley
Chitwood Harley Harnes LLP
Promenade II, Ste 2300
1230 Peachtree Street NE
Atlanta, GA 30309

Ryan L. Isenberg
Isenberg & Hewitt PC
7000 Peachtree Dunwoody Road
Building 15, Suite 100
Atlanta, GA 30328

Robert M. Saunders
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd
11th Floor
Los Angeles, CA 90067-4100

Stuart Wilson
Tennessee Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760

Securities & Exchange Commission
George S. Canellos, Regional Director
New York Regional Office
3 World Financial Center, Ste 400
New York, NY 10281-1022

Broward County
Attn: Joni Armstrong Coffey
Government Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301

Lawrence V. Young
CGA Law Firm
135 N. George Street
York, PA 17401

Karen Fagin White
Cohen Pollock Merlin & Small PC
3350 Riverwood Parkway
Suite 1600
Atlanta, GA 30339

Thomas R. Walker
McGuireWoods LLP
1170 Peachtree Street NE
Suite 2100
Atlanta, GA 30309

Shayna M. Steinfeld
Steinfeld & Steinfeld PC
P.O. Box 49446
Atlanta, GA 30359

Christopher M. Jacobson
Assistant Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202

ATL 18,222,831

Dated this 15th day of August, 2011.

/s/ John D. Elrod
John D. Elrod
Georgia Bar No. 246604
3290 Northside Parkway, Suite 400
Atlanta, Georgia 30327
Telephone: 678.553.2100
Facsimile: 678.553.2188

ATL 18,222,831