**IT IS ORDERED as set forth below:**

Date: August 19, 2011

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| CLARKESVILLE LIQUIDATION INC., | ) | |
| *et al.*, f/d/b/a Scovill Fasteners Inc. *et al.*, | ) | Case No. 11-21650-reb |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER (I) GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER REJECTING
RETIREE BENEFITS AND (II) SETTING RETIREE BENEFITS CLAIMS BAR DATE**

Upon consideration of the Chapter 7 Trustee's Motion for Order Rejecting Retiree Benefits [Docket No. 210] (the "**Motion**") in the above-referenced bankruptcy cases (the "**Cases**"); and after due notice and hearing on July 26, 2011; and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases present before the Court and on the record in these Cases establish just cause for the relief

granted herein; and upon all of the proceedings had before the Court at the hearing on the Motion and after due deliberation; and sufficient cause appearing therefor, it is

ORDERED that the Motion is GRANTED, in part, as set forth herein; it is further

ORDERED that all executory contracts for Retiree Benefits[1] are hereby rejected as of July 26, 2011; and it is further

ORDERED that the proof of claim bar date for any party claiming damages from the rejection of any contracts providing or relating to retiree benefits incurred between April 19, 2011 and July 26, 2011 shall be September 30, 2011; and it is further

ORDERED, that the Chapter 7 Trustee is directed to a copy of (i) this Order and (ii) the bar date notice and proof of claim form attached hereto as <u>Exhibit A</u> on all known retirees and counterparties to executory contracts providing retiree benefits within 5 days of the entry of this Order.

[END OF DOCUMENT]

Prepared and presented by:

GREENBERG TRAURIG, LLP

By: ___/s/ John D. Elrod_____
David B. Kurzweil (Ga. Bar No. 430492)
John D. Elrod (Ga. Bar No. 246604)
3290 Northside Parkway, Suite 400
Atlanta, Georgia 30327
Phone: (678) 553-2100
Fax: (678) 553-2212
kurzweild@gtlaw.com
elrodj@gtlaw.com

Counsel for S. Gregory Hays, Chapter 7 Trustee

---

[1] The capitalized terms used herein shall have the meanings ascribed to them in the Motion.

ATL 18202310v1 August 19, 2011

# EXHIBIT A

## BAR DATE NOTICE AND PROOF OF CLAIM FORM

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | |
| CLARKESVILLE LIQUIDATION INC., ) | |
| *et al.*, f/d/b/a Scovill Fasteners Inc. *et al.*, ) | Case No. 11-21650-reb |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

### NOTICE OF BAR DATE FOR CLAIMS RESULTING FROM THE REJECTION OF RETIREE BENEFITS CONTRACTS

**PLEASE TAKE NOTICE**, that on August __, 2011, the United States Bankruptcy Court for the Northern District of Georgia, Gainesville Division, entered an order (**"Retiree Benefits Claims Bar Date Order"**) establishing **September 30, 2011** as a bar date (the **"Retiree Benefits Claims Bar Date"**) by which any person or entity seeking allowance of claim resulting from the rejection of a retiree benefits contract (a **"Retiree Benefits Claim"**), arising on or after April 19, 2011 (the **"Petition Date"**) **through and including July 26, 2011**, against the Debtors or their bankruptcy estates must file a proof of claim or other pleading asserting a Retiree Benefits claim with the Office of the Clerk of the Court, United States Bankruptcy Court, Northern District of Georgia, Federal Building, 121 Spring Street SE, Room 121, Gainesville, GA 30501 (if by U.S. Mail), and serve such request by personal service, overnight delivery, or first class mail upon the proposed counsel to S. Gregory Hays, as Chapter 7 Trustee: John D. Elrod, Greenberg Traurig, LLP, The Forum, Suite 400, 3290 Northside Parkway, Atlanta, GA 30327; such that all Retiree Benefits Claims are received on or before September 30, 2011.

**PLEASE TAKE FURTHER NOTICE**, that a Retiree Benefits Claim is defined as any claim that you hold against the Debtors' bankruptcy estates due to the rejection of any contracts providing retirement benefits, including contracts for health insurance or life insurance.

**PLEASE TAKE FURTHER NOTICE**, that if any Retiree Benefits Claim is not timely filed and served in accordance with this Notice on or before the Retiree Benefits Claims Bar Date, the holder of such Retiree Benefits Claim may be barred from asserting such Retiree Benefits Claim against the Debtors or their bankruptcy estates.

**PLEASE TAKE FURTHER NOTICE THAT THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM OR THAT THE TRUSTEE OR THE BANKRUPTCY COURT BELIEVE THAT YOU HAVE SUCH A CLAIM.** Any questions concerning Retiree Benefits Claims should be directed to your own counsel.

ATL 18202310v1 August 19, 2011

Dated: August __, 2011                    **GREENBERG TRAURIG, LLP**

                                          __/s/__ John D. Elrod_____
                                          John D. Elrod, Georgia Bar No. 246604
                                          The Forum, Suite 400
                                          3290 Northside Parkway
                                          Atlanta, GA 30327
                                          (678) 553-2100
                                          elrodj@gtlaw.com
                                          Counsel to S. Gregory Hays, Chapter 7
                                          Trustee

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF GEORGIA | PROOF OF CLAIM |
|---|---|

| Name of Debtor: <br> CLARKESVILLE LIQUIDATION INC. f/d/b/a Scovill Fasteners Inc. | Case Number: <br> 11-21650-REB |
|---|---|

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Telephone number:

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ _____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____

**4. Secured Claim**
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe:

   **Value of Property:** $ _____  **Annual Interest Rate** ___%

   Amount of arrearage and other charges as of time case filed included in secured claim,

   if any: $ _____  **Basis for perfection:** _____

   **Amount of Secured Claim:** $ _____  **Amount Unsecured:** $ _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(____).

**Amount entitled to priority:**

$ _____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain: See attachment

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

ATL 18202356v1 August 18, 2011

## DISTRIBUTION LIST

Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
3343 Peachtree Road, NE, Suite 200
Atlanta, GA 30326

John D. Elrod
Greenberg Traurig, LLP
3290 Northside Parkway, NW, Suite 400
Atlanta, Georgia 30327

John C. Weitnauer
Alston & Bird, LLP
One Atlantic Center, 1201 West Peachtree Street
Atlanta, GA 30309-3424