IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| CLARKESVILLE LIQUIDATION INC., | : | Case No. 11-21650-reb |
| *et al., f/d/b/a* Scovill Fasteners Inc. *et al.,* | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

### REPORT OF CHAPTER 7 TRUSTEE OF ASSETS
### AND REQUEST FOR BAR DATE

COMES NOW S. Gregory Hays, Chapter 7 Trustee, and reports to the Court that he has recovered assets for distribution to creditors and hereby requests that the Court set a bar date for claims.

This 31st day of August, 2011.

_____/s/_____
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
3343 Peachtree Road, NE
Suite 200
Atlanta, GA 30326
(404) 926-0060