**IT IS ORDERED as set forth below:**

**Date: September 08, 2011**

_____
**Robert E. Brizendine**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | |
| **CLARKESVILLE LIQUIDATION INC.,** ) | |
| *et al.*, f/d/b/a Scovill Fasteners Inc. *et al.*, ) | Case No. 11-21650-reb |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**ORDER GRANTING FINAL FEE APPLICATION OF GREENBERG TRAURIG, LLP FOR APPROVAL OF FEES AND EXPENSES BY ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Before the Court is the Final Fee Application (the "**Final Fee Application**") of Greenberg Traurig, LLP ("**GT**"), filed on August 15, 2011, for allowance of compensation in the amount of (i) $177,909.25 for fees incurred and (ii) $4,832.26 in expenses incurred as counsel to the Official Committee of Unsecured Creditors for the period from May 2, 2011 through and including July 12, 2011.  Notice of the Final Fee Application was provided to the Chapter 7 Trustee (the "**Trustee**"), the United States Trustee, the Debtors' post-petition lender and all those requesting service under

ATL 18,252,092v1 9-7-11

Bankruptcy Rule 2002 and a hearing on the Final Fee Application was held on September 7, 2011. Upon consideration of the notice given of the hearing, which the Court finds is adequate, and no objections having been asserted to the Final Fee Application, and the Court being satisfied that the fees and expenses requested in the Final Fee Application are reasonable and necessary and finding that such compensation should be granted without further hearing, it is hereby:

ORDERED that pursuant to 11 U.S.C. §§ 330, 503(b), and 507(a) the reasonable expenses and fees of GT incurred for the period covered by the Final Fee Application are hereby allowed in the amount of $177,909.25 for fees incurred and $4,832.26 in expenses, for the total amount of $182,741.51; and it is

ORDERED that the Trustee is authorized and directed to immediately pay to GT the $125,000 Carve-Out amount; and it is

ORDERED that the remaining $57,741.51 of allowed compensation, after application of the $125,000 referenced *supra*, is hereby allowed as a chapter 11 administrative expense claim.

*** END OF DOCUMENT ***

Prepared and presented by:

GREENBERG TRAURIG, LLP

/s/ John D. Elrod
David B. Kurzweil
Georgia Bar No. 430492
John D. Elrod
Georgia Bar No. 246604
3290 Northside Parkway, Suite 400
Atlanta, Georgia 30327
Telephone:     678.553.2100
Facsimile:      678.553.2188

- 3 -

*ATL 18,252,092v1 9-7-11*

## DISTRIBUTION LIST

Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
3343 Peachtree Road, NE, Suite 200
Atlanta, GA 30326

John D. Elrod
Greenberg Traurig, LLP
3290 Northside Parkway, NW, Suite 400
Atlanta, Georgia 30327

*ATL 18,252,092v1 9-7-11*