**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **CLARKESVILLE LIQUIDATION INC.,** | ) | |
| *et al.*, f/d/b/a Scovill Fasteners Inc. *et al.*, | ) | Case No. 11-21650-reb |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

<u>**HEARING TO BE HELD IN ATLANTA**</u>

**NOTICE OF HEARING ON MOTION FOR ORDER ESTABLISHING
DEADLINE AND PROCEDURES FOR FILING REQUESTS FOR
ALLOWANCE OF CHAPTER 11 ADMINISTRATIVE EXPENSES AND
APPROVING THE FORM AND MANNER OF NOTICE THEREOF**

**PLEASE TAKE NOTICE** that S. Gregory Hays, the Chapter 7 Trustee has filed his Motion for Order Establishing Deadline and Procedures for Filing Requests for Allowance of Chapter 11 Administrative Expenses and Approving the Form and Manner of Notice Thereof [Docket No. 269] (the "Motion"). The Motion is also available for review in the Office of the Clerk of the Court, United States Bankruptcy Court, 75 Spring Street, SW, Atlanta, Georgia 30303.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing (the "Hearing") to consider the Motion in <u>**Courtroom 1202, U.S. Courthouse, 75 Spring Street, S.W., Atlanta, Georgia 30303, at 2:00 p.m. on October 25, 2011.**</u>

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected by the court's ruling on the Motion. You should read the Motion carefully and discuss it with your attorney, if you have one in the bankruptcy case. If you do not have an attorney, you may wish to consult on. **If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the Motion with the Clerk, but you are not required to do so.** If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response to that it is received by the Clerk no later than two business days before the Hearing, at the following address: Office of the Clerk, United States Bankruptcy Court, 75 Spring Street, SW, Atlanta, Georgia 30303.

You must also mail a copy of your response to the undersigned at the address stated below.

*ATL 18,271,862*

This 21st day of September, 2011.

**GREENBERG TRAURIG, LLP**

/s/ John D. Elrod
David B. Kurzweil, Ga. Bar No. 430492
John D. Elrod, Ga. Bar No. 246604
3290 Northside Parkway, NW, Suite 400
Atlanta, Georgia  30327
(678) 553-2100
(678) 553-2269 Facsimile
kurzweild@gtlaw.com
elrodj@gtlaw.com

*Counsel for S. Gregory Hays, Chapter 7 Trustee*

*ATL 18,271,862*

## CERTIFICATE OF SERVICE

I certify that on this day I have served a copy of the foregoing document via notice of electronic filing or U.S. Mail on all parties receiving electronic notices in this case, as well as the parties on the Master Service List, including the following:

> James Morawetz, Esq.
> Office of the United States Trustee
> Jim.H.Morawetz@usdoj.gov

This 21st day of September, 2011.

                                        /s/ John D. Elrod
                                        John D. Elrod, Ga Bar No. 246604

*ATL 18,271,862*