UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: : | CHAPTER 7 |
| : | |
| CLARKESVILLE LIQUIDATION INC., : | |
| f/k/a Scovill Fasteners Inc., *et al.*, : | CASE NO. 11-21650-reb |
| : | |
| Debtors. : | Jointly Administered |
| : | |

### APPLICATION FOR AUTHORITY TO INCUR ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. 503(b)

COMES NOW S. Gregory Hays, Chapter 7 Trustee ("Applicant" herein) in the case of the above-named Debtors, and respectfully represents:

1.

Trustee intends to utilize various banking and technology services for use in administering this Chapter 7 bankruptcy case following the petition date. By this Application, Trustee seeks authority for the estate to pay a fee (the "Services Fee") in exchange for these services, which will benefit the estate. As an actual and necessary cost of administering the estate, the Services Fee is entitled to administrative priority under the Bankruptcy Code.

2.

The Bank of New York Mellon ("BNY Mellon"), along with Bankruptcy Management Solutions, Inc. ("BMS"), provides a variety of services to chapter 7 bankruptcy trustees, including software, hardware, information technology support, consulting, and banking services that automate and streamline bankruptcy case administration (collectively, "Services"). Among other things, BMS Services make it easier and more efficient for trustees to manage, organize and review public filings; import claim and asset information; sell assets; file required reports with the court and the U.S. Trustee ("UST"); and access and manage bank deposit accounts.

3.

The Services provided by BMS include: (1) together with BNY Mellon, banking services, including the management of the chapter 7 Accounts required in this Case, deposit management, monthly statement processing and production, interim statements, couriers, checking, wires, electronic UST reporting, online banking and transfer services, collateral tracking services, and expanded FDIC coverage; (2) case management technology services, including access to proprietary software; automated data and document delivery and management; electronic court filing (ECF) and retrieval; processing and transmission services; UST customized reporting software, and a variety of other document preparation, claims management software, and third party software from such providers as Microsoft and Adobe; (3) hardware, including computers, networking equipment, printers, and scanners, as well as installation, repair and maintenance services, and (4) training and support services, including software training, information technology support, and special project requests. Chapter 7 trustees rely upon these Services to administer their cases efficiently by, among other things, reducing the administrative time required to:

- retrieve case files;
- download and import claim and asset information;
- prepare for and administer 341(a) meetings;
- upload and import the results of 341(a) meetings;
- administer the liquidation of scheduled and unscheduled assets;
- manage and initiate transfers to and from deposit Account(s) maintained for the benefit of the estate; and
- generate and upload interim and final reports to the court.

4.

Historically, these services were provided to chapter 7 trustees without imposing an administrative fee. However, current economic conditions have made that impossible and, in April 2011, the Executive Office for United States Trustees ("EOUST") temporarily suspended its policy prohibiting services fee charges to chapter 7 estates.

5.

BNY Mellon now debits a services fee from all chapter 7 bankruptcy accounts serviced through the BMS system. Pursuant to the Agreements, this fee is automatically deducted monthly by BNY Mellon from the applicable account; BNY Mellon subsequently compensates BMS for the services it provides. With certain exceptions, the Services Fee is calculated by applying an annual nominal percentage rate ("NPR"), currently 2.5%, on the balances held in all accounts for each bankruptcy estate during the respective month (no fees are assessed on account balances in excess of $2.5 million). On a monthly basis, bankruptcy estate accounts are charged either the calculated annual rate, prorated for the month in question, or if applicable, the monthly minimum account fee of $25 is assessed. The monthly Services Fee is calculated and accrued daily by multiplying a daily NPR of approximately .00685% to the daily balances held in accounts. If the calculation applying the NPR results in a Services Fee that exceeds the monthly minimum on an account, that calculated Services Fee will apply. For example, the fee for an account with a daily balance of $20,000 for the month of August would be calculated as follows: ($20,000 X (.00685% X 31 days) = $42.47. The Services Fee is assessed until the month in which the trustee submits its final report in the case.

6.

Pursuant to procedures promulgated by the United States Trustee, Chapter 7 trustees are authorized to incur and pay bank fees and charges directly related to the administration of an estate account having a balance less than $100,000 without Court order. However, if the estate

account has a balance equal to or greater than $100,000, the trustee must file an application with the Court for an order permitting them to incur and pay any bank fees.

7.

The case at bar has account balances greater than $100,000.00. Therefore Trustee seeks authority to incur and pay actual, necessary expenses contemplated by 11 U.S.C. § 503(b)(1) for bank fees and charges directly related to the administration of this estate.

WHEREFORE, Trustee respectfully requests that the Bankruptcy Court authorize the administrative expense claim requested herein and such other relief as is just and proper.

Dated: September 29, 2011

/s/ S. Gregory Hays
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326-1420
(404) 926-0060

**CERTIFICATE OF SERVICE**

I, S. Gregory Hays, certify that I am over the age of 18 and that on September 29, 2011, I served a copy of the foregoing *APPLICATION TO PAY ADMINISTRATIVE EXPENSE OF CHAPTER 7 ESTATE* by first class U.S. Mail, with adequate postage prepaid on the following persons and on the mailing matrix attached hereto:

>Office of the United States Trustee
>362 Richard B. Russell Federal Building
>75 Spring Street, S.W.
>Atlanta, Georgia 30303-3311

Dated: September 29, 2011

>/s/ S. Gregory Hays
>S. Gregory Hays
>Chapter 7 Trustee

Hays Financial Consulting, LLC
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326-1420
(404) 926-0060

# MASTER SERVICE LIST

**Total number of parties: 48**

9190-6628 QUEBEC INC.
ATTN: STEVE MARAZ
1255 RUE DES CARRIERES ST.
MONTREAL, QC  H2S 2B1
CANADA

ALSTON & BIRD LLP
(RE: SCOVILL FASTENERS INC)
KIT WEITNAUER ESQ
1201 WEST PEACHTREE STREET
ALANTA, GA  30309-3424

BDO SEIDMAN, LLP
ATTN: MARTHA KAIRUZ
1100 PEACHTREE ST NE STE 700
ATLANTA, GA  30309-4516

COVENTRY DENTAL
ATTN: ACCOUNTS RECEIVABLE
PO BOX 7247-7341
PHILADELPHIA, PA  19170-7341

ENGINEERED PARTS SOURCING
PO BOX 105334
ATLANTA, GA  30321-5334

GEORGIA POWER CO
ATTN: TSALI BENLEY
241 RALPH MCGILL BLVD
ATLANTA, GA  30308

INTERNAL REVENUE SERVICE
290 BROADWAY
NEW YORK, NY  10007

INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
PO BOX 7346
PHILADELPHIA, PA  19101-7346

KPMG, LLP
ATTN: KRISTINE
303 PEACHTREE ST NE SUITE 2000
ATLANTA, GA  30308-3210

METAL CHEM INC
ATTN: ROBIN ALEKSINAS
509 HUNTINGTON RD
GREENVILLE, SC  29615-4211

O'MELVENY & MYERS LLP
ATTN: JERFFREY KOHN
TIMES SQUARE TOWER
7 TIMES SQUARE
NEW YORK, NY  10036

ROBERT W FELTZ
8065 BRIXTON PLACE
SUWANEE, GA  30024

SMITH, GAMBRELL & RUSSELL, LLP
ATTN: SANDRA MOSS MALLORY
SUITE 3100 PROMENADE II
1230 PEACHTREE STRET, N E
ATLANTA, GA  30309-3592

ALLOY FASTENERS, INC.
ATTN: ROBERT ROTONDO
DEPT. 106045
15 AMFLEX DRIVE
CRASTON, RI  02921

BANK OF AMERICA
ATTN: LIBBY CALDWELL
402 WASHINGTON STREET
GAINESVILLE, GA  30501

CENTERBEAM, INC.
DEPT CH 16611
PALATINE, IL  60055-6611

COVENTRY HEALTH CARE OF GA
PO BOX 6502
CAROL STREAM, IL  60197-6502

FEDERAL EXPRESS CORP
PO BOX 94515
PALATINE, IL  60094-4515

GSCP (NJ) LP
ATTN: PETER FRANK
500 CAMPUS DRIVE
SUITE 220
FLORHAM PARK, NJ  07932

INTERNAL REVENUE SERVICE
2970 MARKET STREET
MAIL STOP 5-Q30.133
PHILADELPHIA, PA  19104-5016

JANPAK/GREENVILLE PAPER CO.
ATTN: SKIP COOKE
134 LEADER DRIVE
PIEDMONT, SC  29673

LAMCON MAGESTIC POWER
ATTN: KIT WONG
153 WEST 36TH ST 4TH FLOOR
NEW YORK, NY  10018-9460

MICRON PRODUCTS
ATTN: JUDY LUCIER
25 SAWYER PASSWAY
FITCHBURG, MA  01420

OFFICE OF THE UNITED STATES TRUSTEE
FOR THE NORTHERN DISTRICT OF GA
362 RICHARD RUSSELL BUILDING
75 SPRING STREET, SW
ATLANTA, GA  30303

SCOTT BRASS INC.
ATTN: DAVID MARTINELLI
1637 ELMWOOD AVENUE
CRASTON, RI  02910

SOKOLOW, CARRERAS & ASSOCIATES
55, AVENUE KLEBER
PARIS, 75116
FRANCE

ALLTECK GMBH ALLTEC
ATTN: FRANK REHMUS
ALLTEC LASER BUSINESS UNIT
AN DER TRAVE 27-31
SLEMSDORF, 23923
GERMANY

BDO DUNWOODY
4150 RUE SAINTE-CATHERINE O
6 ETAGE /6TH FLOOR
MONTREAL, QC  H3Z 2Y5
CANADA

CITY OF CLARKESVILLE
PO BOX 21
CLARKESVILLE, GA  30523-0021

ELCO SINTERED ALLOYS, INC
ATTN: RICHARD GREEN
269 FAIRVIEW ROAD
KERSEY, PA  15846-0183

GENERAL ELECTRIC CAPITAL CORP
C/O SARAH BORDERS ESQ
KING & SPALDING LLP
1180 PEACHTREE ST
ATLANTA, GA  30309

GSCP RECOVERY, INC
ATTN: PETER FRANK
500 CAMPUS DRIVE
SUITE 220
FLORHAM PARK, NJ  07932

INTERNAL REVENUE SERVICE
500 N CAPITOL ST. NW
WASHINGTON, DC  20221

JOPEVI
CINICOLA`S DE BUSSI NO 32
PO BOX 567 03203 ELCHE
ALICANTE,
SPAIN

MASTER TOOL AND MOLD INC.
ATTN: JON STERMER
4075 EAST MARKET STREET
YORK, PA  17402

NEBCO
ATTN: ALISHA RUDACEBSKY BESSALA
16 INTERNATIONAL WAY
WARWICK, RI  02886-1706

OLIN CORP/BRASS DIV - #2
ATTN: MASON GRIGGS
427 N SHAMROCK STREET
EAST ALTON, IL  62024

SCOVILL FASTENERS, INC
(RE: DEBTOR)
1802 SCOVILL DRIVE
CLARKESVILLE, GA  30523-6348

STIKEMAN ELLIOTT LLP
1155 RENE-LEVESQUE BLVD WEST
40TH FLOOR
MONTREAL, QC  H3B 3V2
CANADA

STROOCK & STROOCK & LAVIN LLP
ATTN: JIM PONICHTERA
180 MAIDEN LANE
NEW YORK, NY  10038-4982

THOMSON COMPUMARK
PO BOX 71892
CHICAGO, IL  60694-1892

UTILITY SERVICE GROUP, INC.
PO BOX 10
CORNELIA, GA  30531

SUNTRUST BANK
PO BOX 26489
RICHMOND, VA  23261-6489

UNITED HEALTH CARE SPECIALTY
PO BOX 2485
CAROLSTREAM, IL  60132-2485

WHEELER INDUSTRIAL CORP
ATTN: PAUL COATES
485 LYON AVE.
IRVINGTON, NJ  07111

TEXAS STATE COMPTROLLER
PO BOX 149359
AUSTIN, TX  78714-9359

UNITED PARCEL SERVICE, INC.
TERI PLUMMER MCCLURE, GNRL COUNSEL
55 GLENLAKE PARKWAY, NE
ATLANTA, GA  30328

WOMBLE CARLYLE SANDRIDGE RICE
ATTN: DAVID ADAMS
271 17TH ST NW SUITE 2400
ATLANTA, GA  30363-1017