UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| CLARKESVILLE LIQUIDATION INC., | ) | |
| et al., f/d/b/a Scovill Fasteners Inc. et al., | ) | Case No. 11-21650-reb |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## HEARING TO BE HELD IN ATLANTA

### NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S FIRST OMNIBUS MOTION TO APPROVE COMPROMISE AND SETTLEMENT OF AVOIDANCE CLAIMS

**PLEASE TAKE NOTICE** that S. Gregory Hays, the Chapter 7 Trustee has filed his First Omnibus Motion to Approve Compromise and Settlement of Avoidance Claims [Docket No. 274] (the "Motion"). The Motion is also available for review in the Office of the Clerk of the Court, United States Bankruptcy Court, 75 Spring Street, SW, Atlanta, Georgia 30303.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing (the "Hearing") to consider the Motion in **Courtroom 1202, U.S. Courthouse, 75 Spring Street, S.W., Atlanta, Georgia 30303, at 2:00 p.m. on October 25, 2011.**

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected by the court's ruling on the Motion. You should read the Motion carefully and discuss it with your attorney, if you have one in the bankruptcy case. If you do not have an attorney, you may wish to consult on. **If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the Motion with the Clerk, but you are not required to do so.** If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk no later than two business days before the Hearing, at the following address: Office of the Clerk, United States Bankruptcy Court, 75 Spring Street, SW, Atlanta, Georgia 30303.

You must also mail a copy of your response to the undersigned at the address stated below.

ATL 18,290,023

This 4th day of October, 2011.

                                          **GREENBERG TRAURIG, LLP**

                                          /s/ John D. Elrod
                                  David B. Kurzweil, Ga. Bar No. 430492
                                  John D. Elrod, Ga. Bar No. 246604
                                  3290 Northside Parkway, NW, Suite 400
                                  Atlanta, Georgia 30327
                                  (678) 553-2100
                                  (678) 553-2269 Facsimile
                                  kurzweild@gtlaw.com
                                  elrodj@gtlaw.com

                                  *Counsel for S. Gregory Hays, Chapter 7 Trustee*

ATL 18,290,023

## CERTIFICATE OF SERVICE

I certify that on this day I have served a copy of the foregoing document via notice of electronic filing, electronic mail, and/or U.S. Mail on all parties receiving electronic notices in this case, including the following:

>James Morawetz, Esq.
>Office of the United States Trustee
>Jim.H.Morawetz@usdoj.gov
>
>Fasnap Corp.
>c/o Jason Grooms
>jason.grooms@fasnap.com
>
>United Parcel Service and UPS Supply
>c/o Kelli J. Bohuslav-Kail, Esq.
>307 International Circle, Suite 270
>Hunt Valley, MD 21030
>
>UniFirst Corporation
>c/o Christopher Newcomb, Esq.
>Goodwin Procter LLP
>The New York Times Building
>620 Eighth Avenue
>New York, NY 10018-1405
>cnewcomb@goodwinprocter.com
>
>Utility Service Group
>c/o Lisa H. Baggett
>Kenney, Solomon & Medina, P.C.
>3675 Crestwood Pkwy., Ste. 300
>Duluth, GA 30096
>lbaggett@ksmlawyer.com
>
>Cleveland Tool & Design, LLC
>c/o Larry Merlin, Esq.
>lmerlin@fdmlaw.com

as well as all parties on the Master Service List attached hereto.

This 4th day of October, 2011.

>/s/ John D. Elrod
>John D. Elrod, GA Bar No. 246604

ATL 18,290,023

Scovill Fasteners Inc.
1802 Scovill Drive
Clarkesville, GA 30523-6348

James H. Morawetz, Esq.
Office of the U.S. Trustee
362 Richard Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303

Olin Corp/Brass Div.
Attn: Mason Griggs
427 N Shamrock Street
East Alton, IL 62024

Scott Brass Inc.
Attn: David Martinelli
1637 Elmwood Avenue
Cranston, RI 02910

Metal Chem Inc.
Attn: Robin Aleksinas
509 Huntington Road
Greenville, SC 29615-4211

Alloy Fasteners, Inc.
Attn: Robert Rotondo
Dept. 106045
15 Amflex Drive
Cranston, RI 02921

Georgia Power Co
Attn: Tsali Benley
241 Ralph McGill Blvd.
Atlanta, GA 30308

S. Gregory Hays, Chapter 7 Trustee
Hays Financial Consulting, LLC
3343 Peachtree Road, NE, Suite 200
Atlanta, GA 30326-1420

John C. Weitnauer, Esq.
Heather Byrd Asher
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309

GSC Recovery Inc./GSCP (NJ) LP
Attn: Peter Frank
500 Campus Drive
Suite 220
Florham Park, NJ 07932

Lamcon Magestic Power
Attn: Kit Wong
153 West 36th St., 4th Floor
New York, NY 10018-9460

Bank of America
Attn: Libby Caldwell
402 Washington Street
Gainesville, GA 30501

Smith, Gambrell & Russell, LLP
Attn: Sandra Moss Mallory
Suite 3100 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309-3592

O'Melveny & Myers LLP
Attn: Jeffrey Kohn
Times Square Tower
7 Times Square
New York, NY 10036

ATL 18,207,817

Stroock & Stroock & Lavin LLP
Attn: Jim Ponichtera
180 Maiden Lane
New York, NY 10038-4982

Wheeler Industrial Corp.
Attn: Paul Coates
485 Lyon Ave.
Irvington, NJ 07111

Elco Sintered Alloys, Inc
Attn: Richard Green
269 Fairview Road
Kersey, PA 15846-0183

Womble Carlyle Sandridge Rice
Attn: David Adams
271 17th St NW Suite 2400
Atlanta, GA 30363-1017
NEBCO
Attn: Alisha Rudacebsky Bessala
16 International Way
Warwick, RI 02886-1706

9190-6628 Quebec Inc.
Attn: Steve Maraz
1255 Rue Des Carrieres St.
Montreal, Qc H2s 2b1
CANADA

JOPEVI
Cinicola`S De Bussi No 32
PO Box 567 03203 Elche
Alicante
SPAIN

Micron Products
Attn: Judy Lucier
25 Sawyer Passway
Fitchburg, MA 01420

Coventry Health Care of GA
P.O. Box 6502
Carol Stream, IL 60197-6502

Master Tool And Mold Inc.
Attn: Jon Stermer
4075 East Market Street
York, PA 17402

Janpak/Greenville Paper Co.
Attn: Skip Cooke
134 Leader Drive
Piedmont, SC 29673

Utility Service Group, Inc.
PO Box 10
Cornelia, GA 30531

BDO Seidman, LLP
Attn: Martha Kairuz
1100 Peachtree St NE, Ste 700
Atlanta, GA 30309-4516

KPMG, LLP
Attn: Kristine
303 Peachtree St. NE, Suite 2000
Atlanta, GA 30308-3210

ALLTECK GMBH ALLTEC
Attn: Frank Rehmus
AlltecLaser Business Unit
An Der Trave 27-31
Slemsdorf, 23923
GERMANY

Engineered Parts Sourcing
PO Box 105334
Atlanta, GA 30321-5334

2

ATL 18,207,817

Sokolow, Carreras &Associates
55, Avenue Kleber
Paris, 75116
FRANCE

Robert W Feltz
8065 Brixton Place
Suwanee, GA 30024

Texas State Comptroller
PO Box 149359
Austin, TX 78714-9359

Centerbeam, Inc.
Dept CH 16611
Palatine, IL 60055-6611

BDO Dunwoody
4150 Rue Sainte-Catherine O
6 Etage /6th Floor
Montreal, QC H3Z 2Y5
CANADA

Suntrust Bank
PO Box 26489
Richmond, VA 23261-6489

Thomson Compumark
PO Box 71892
Chicago, IL 60694-1892

Sarah R. Borders, Esq.
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309

City of Clarkesville
PO Box 21
Clarkesville, GA 30523-0021

Federal Express Corp
PO Box 94515
Palatine, Il 60094-4515

United Health Care Specialty
PO Box 2485
Carol Stream, IL 60132-2485

United Parcel Service, Inc.
Att: Teri Plummer McClure,
General Counsel
55 Glenlake Parkway, NE
Atlanta, GA 30328

Stikeman Elliott LLP
1155 Rene-Levesque Blvd West
40th Floor
Montreal, QC H3B 3V2
CANADA

Coventry Dental
Attention: Accounts Receivable
PO Box 7247-7341
Philadelphia, PA 19170-7341

General Electric Capital Corporation
201 Merritt Seven, 4th Floor
Norwalk, CT 06851
Attn: Robert A. Miller

Internal Revenue Service
Insolvency
Room 400 - Stop 334D
401 West Peachtree Street, NW
Atlanta, GA 30308

3

ATL 18,207,817

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

Ryan L. Isenberg, Esq.
Isenberg & Hewitt, P.C.
7000 Peachtree Dunwoody Rd.
Bldg 15, Suite 100
Atlanta, GA 30328

Bond, Schoeneck & King, PLLC
Karen Veronica DeFio, Esq.
Thomas L. Kennedy, Esq.
One Lincoln Center, 18th Floor
Syracuse, NY 13202

UAW
c/o Bruce S. Levine, Esq.
Cohen, Weiss and Simon LLP
330 W. 42nd Street
New York, NY 10036

Sugarloaf Partners, LLC
c/o Victor W. Newmark, Esq.
Wiles & Wiles, LLP
800 Kennesaw Ave., Suite 400
Marietta, GA 30060-7946

Eric N. Durlacher
Burr & Forman LLP
Suite 1100, 171 Seventeenth St., NW
Atlanta, GA 30363

Thomas R. Walker, Esq.
McGuireWoods, LLP
1170 Peachtree Street, N.E.
Suite 2100
Atlanta, GA 30309

Cameron County
c/o Diane W. Sanders, Esq.
Linebarger, Goggan, et al.
P.O. Box 17428
Austin, TX 78760

State of Michigan Department of Treasury
Christopher M. Jacobson, Assistant AG
Cadillac Place, Suite 10-200
3030 W. Grand Blvd.
Detroit, MI 48202

William A. Frazell
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 87811-2548

ATL 18,207,817