**IT IS ORDERED as set forth below:**

**Date: October 20, 2011**

_____
**Robert E. Brizendine
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| CLARKESVILLE LIQUIDATION INC., | : | |
| f/k/a Scovill Fasteners Inc., *et al*., | : | CASE NO.  11-21650-reb |
| | : | |
| Debtors. | : | Jointly Administered |
| _____ | : | |

## ORDER

Trustee's Application for Authority to Incur the Administrative Expense Claims Pursuant to 11 U.S.C 503(b) having been read and considered, with no adverse interest being represented;

**IT IS HEREBY ORDERED AND DECREED THAT:**

the Trustee's Application for Authority to Incur the Administrative Expense Claims pursuant to the terms set forth in Trustee's Application is hereby **APPROVED** and the banking and technology service fees are entitled to administrative priority under the Bankruptcy Code and may be paid as an actual and necessary cost of administering this Estate.

**END OF DOCUMENT**

Prepared and Presented by:


/s/ S. Gregory Hays _____

S. Gregory Hays, Chapter 7 Trustee
Hays Financial Consulting, LLC
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326-1420
(404) 926-0060


Reviewed without objection to by:


                /s/
R. Jeneane Treace
Trial Attorney
Georgia Bar No. 716620
United States Department of Justice
Office of the United States Trustee
Suite 362, Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303
404-331-4437
jeneane.treace@usdoj.gov