UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| CLARKESVILLE LIQUIDATION INC., | : | |
| f/k/a Scovill Fasteners Inc., *et al.*, | : | CASE NO. 11-21650-reb |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

## APPLICATION BY TRUSTEE FOR AUTHORIZATION TO PAY ADMINISTRATIVE EXPENSE OF CHAPTER 7 ESTATE

COMES NOW S. Gregory Hays, Chapter 7 Trustee ("Applicant" herein) in the case of the above-named Debtors, and respectfully represents:

1.

On April 19, 2011, (the "Petition Date"), Scovill Fasteners, Inc. ("Debtor") commenced this bankruptcy proceeding by filing a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2.

On June 30, 2011, the United States Trustee appointed S. Gregory Hays as Chapter 11 Trustee in this case.

3.

On June 30, 2011, the Official Committee of Unsecured Creditors and the Chapter 11 Trustee jointly filed a motion to convert this case to a Chapter 7 under the Bankruptcy Code. This Court entered an order converting the case to one under Chapter 7 on July 12, 2011.

4.

Applicant incurred expenses of $315.60, payable to Merrill Communications, LLC, for continuation of DataSite infrastructure services for the period September 10, 2011 – October 12, 2011.

5.

There are sufficient funds in this estate with which to make the foregoing payment. Applicant submits that such payment is proper as an administrative expense of the Chapter 7 estate.

6.

A copy of this Application is being served on the United States Trustee, and Applicant respectfully submits that no further notice to creditors need be given.

WHEREFORE, Applicant prays that the Court grant this Application and approve payment of $315.60, payable to Merrill Communications, LLC, for continuation of DataSite infrastructure services for the period September 10, 2011 – October 12, 2011.

Dated: October 26, 2011

/s/ S. Gregory Hays
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326-1420
(404) 926-0060

## CERTIFICATE OF SERVICE

I, S. Gregory Hays, certify that I am over the age of 18 and that on October 26, 2011, I served a copy of the foregoing *APPLICATION TO PAY ADMINISTRATIVE EXPENSE OF CHAPTER 7 ESTATE* by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the address stated:

>Office of the United States Trustee
>362 Richard B. Russell Federal Building
>75 Spring Street, S.W.
>Atlanta, Georgia 30303-3311

Dated: October 26, 2011

/s/ S. Gregory Hays
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326-1420
(404) 926-0060

# MERRILL COMMUNICATIONS LLC

Location:    DATASITE-NEW YORK_225 VARICK

Clarkesville Liquidation, Inc.
3343 Peachtree Road NE, Suite 200
Atlanta, GA  30326
Attn:  Greg Hays

Any Inquiries Call:  (212) 229-6656

Invoice #:  1256080
Invoice Date:  13-OCT-11
Merrill Order #:  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-0
Client Matter #:
Date Received:
Salesperson:  P. Wyman

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
|  | **DATASITE PROJECT COPPER POT**<br>Launched February 9, 2011<br>Invoice for services September 10, 2011 through October 12, 2011<br>Closed October 12, 2011 |  |  |
| 3681 | pages of Online Data Room Monthly Infrastructure fee for continuation of all DataSite services, month 8 | $.08 | $294.48 |
| 2 | sets of DVDs Produced - no charge | $.00 | $.00 |
|  | Subtotal: |  | $294.48 |
|  | Messenger and Freight: |  | $19.56 |
|  | Postage and Handling: |  | $.00 |
|  | Tax: |  | $1.56 |
|  | **Total Invoice:** |  | **$315.60** |

Please mail payment to:
Merrill Communications LLC
CM-9638
St. Paul, MN 55170-9638

Or wire payment to:
US Bank
ABA Routing #091 000 022
For credit to Merrill Acct # 1702-2502-6310

Please reference Merrill invoice number on your payment.

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)