**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| CLARKESVILLE LIQUIDATION INC., *et al.*, f/k/a Scovill Fasteners Inc., *et al.*, | ) ) ) | Case No. 11-21650-JRS |
| | ) | |
| Debtors. | ) ) | Jointly Administered |

**CHAPTER 7 TRUSTEE'S SECOND OMNIBUS OBJECTION**
**TO THE ALLOWANCE OF CLAIMS**
**(Released Claims; Late-Filed Claims)**

> **IF YOU RECEIVED THIS DOCUMENT, YOU SHOULD CAREFULLY REVIEW THE ATTACHED EXHIBIT TO LOCATE YOUR NAME AND CLAIM(S) THAT ARE SUBJECT TO THIS OBJECTION.**

COMES NOW, S. Gregory Hays, as Chapter 7 Trustee (the "Trustee") for Clarkesville Liquidation, Inc., *et al.* f/d/b/a Scovill Fasteners Inc., *et al.* ("Scovill" or the "Debtors"), and objects (i) to the allowance of certain claims which have been released (the "Released Claims") and (ii) to the allowance of certain late-filed claims (the "Late-Filed Claims", and collectively with the Released Claims, the "Subject Claims") as general unsecured claims in these cases. In support of this Objection, the Trustee respectfully represents as follows:

**I. Relief Requested**

1. By this Objection, the Trustee respectfully requests the entry of an order, pursuant to Section 502 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 3007, disallowing the Released Claims listed on Exhibit A. Further, the Trustee respectfully requests the entry of an order, pursuant to Section 502 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 3007, deeming the Late-Filed Claims listed on Exhibit B tardily filed under 11 U.S.C. § 726(a)(3).

## II. Jurisdiction

2. This Court has jurisdiction over this Objection under 28 U.S.C. § 1334. Venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

## III. Background

3. On April 19, 2011 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 11 of the Bankruptcy Code with the Clerk of this Court. The Trustee was appointed as interim chapter 7 trustee as of July 12, 2011.

4. The bar date for general unsecured claims in these cases was November 30, 2011. *See* Docket No. 264.

5. Pursuant to 11 U.S.C. § 704, the Trustee's statutory duties include, *inter alia*, prosecuting objections to claims.

## IV. Bases For Relief Requested

### A. Released Claims

6. The Released Claims listed on Exhibit A have been released during the course of this bankruptcy case. Accordingly, the Released Claims are due to be disallowed as the holders of the Released Claims knowingly and voluntarily released the same.

7. Unless the Released Claims are disallowed, each holder of a Released Claim will receive a recovery despite previously having waived the Released Claim. Therefore, the Trustee respectfully requests that the Released Claims be disallowed in their entirety, as indicated on Exhibit A.

2

### B. Late-Filed Claims

8. The Late-Filed Claims listed on <u>Exhibit B</u> were filed after the November 30, 2011 bar date established during the course of this bankruptcy case. Accordingly, the Late-Filed Claims are due to be classified as tardily filed claims under 11 U.S.C. § 726(a)(3).

9. Unless the Late-Filed Claims are deemed tardily filed under 11 U.S.C. § 726(a)(3), the holders of Late-Filed Claims will receive a distribution at a higher priority than that to which they are entitled under the Bankruptcy Code.

## V. Reservation of Rights

10. The Trustee reserves the right to supplement this Objection and to object to the Subject Claims on any other grounds not stated herein. In addition, the Trustee reserves the right to object to all other claims filed in the Debtors' cases, including the Subject Claims and any other claims asserted by holders of the same.

## VI. Notice

11. A copy of this Objection and a Notice of the Hearing on the Objection shall be served upon (i) the United States Trustee; and (ii) the holder of each Subject Claim. The Trustee respectfully represents that such notice is adequate and complies with Federal Rules of Bankruptcy Procedure 2002 and 3007, and LBR 3007-1. In light of the nature of the relief requested, the Trustee submits that no further notice is necessary.

**WHEREFORE**, the Trustee respectfully requests that this Court:

(a) disallow the Released Claims listed in <u>Exhibit A</u>;

(b) reclassify the Late-Filed Claims listed in <u>Exhibit B</u>; and

(c) grant the Trustee such other and further relief as is just and proper.

Dated this 15th day of February, 2016.

**GREENBERG TRAURIG, LLP**

/s/ John D. Elrod
John D. Elrod, Ga. Bar No. 246604
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Telephone - (678) 553-2259
Fax – (678) 553-2269
elrodj@gtlaw.com
Counsel for S. Gregory Hays, Chapter 7 Trustee

4

*ATL 21056674v1*

**Exhibit A**
**Released Claims**

| Claimant | Claim No(s). | Claim Amount(s) |
|---|---|---|
| Elco Sintered Alloys, Inc. | 125 | $141,184.94 |
| Wheeler Industrial Corporation | 15 | $118,251.00 |

*ATL 21056674v1*

**Exhibit B**
**Late-Filed Claims**

| Claimant | Claim No(s). | Claim Amount(s) |
|---|---|---|
| Little, Chester | 170 | $16,000.00 |
| Pitney Bowes Global Financial Services LLC | 188 | $18,775.20 |

*ATL 21056674v1*

## CERTIFICATE OF SERVICE

      I hereby certify that on this day I served a copy of the foregoing pleading on all parties receiving notices of electronic filing in this case, and by first class, United States mail, postage prepaid to the following:

| | | |
|---|---|---|
| Office of the United States Trustee<br>James H. Morawetz, Esq.<br>R. Jeneane Treace, Esq.<br>362 Richard Russell Bldg.<br>75 Spring Street<br>Atlanta, GA  30303 | Elco Sintered Alloys, Inc<br>Attn: Richard Green<br>269 Fairview Road<br>Kersey, PA 15846-0183 | Wheeler Industrial Corporation<br>Isenberg and Hewitt PC<br>Harriet C Isenberg, Bldg 15, Ste 100<br>7000 Peachtree-Dunwoody Rd<br>Atlanta, GA 30328 |
| Pitney Bowes Global Financial Services LLC<br>4901 Belfort Road, Suite 120<br>Jacksonville, FL 32256 | Chester Little<br>125 Brierwood Dr<br>Watertown, CT 06795 | |

Dated this the 15th day of February, 2016.

                                                       /s/ John D. Elrod
                                                      John D. Elrod