**IT IS ORDERED as set forth below:**



**Date: March 22, 2016**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **CLARKESVILLE LIQUIDATION** | ) | |
| **INC.**, *et al.*, f/d/b/a Scovill Fasteners | ) | |
| **Inc.** *et al.*, | ) | Case No. 11-21650-JRS |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S SECOND OMNIBUS
OBJECTION TO THE ALLOWANCE OF CLAIMS**
(Released Claims; Late-Filed Claims)

Upon consideration of the above-captioned Chapter 7 Trustee's Second Omnibus Objection to the Allowance of Claims (the "**Objection**"),[1] and the Court having jurisdiction over these cases and proceedings pursuant to 28 U.S.C. §§ 157 and 1334; and venue of these cases in this district being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and upon the hearing upon the

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Objection.

ATL 21119285v1

Objection, if applicable; and Court having determined that the relief requested in the Objection is in the best interests of the Debtors' bankruptcy estates, their creditors and other parties in interest; and due and proper notice of the Objection having been given, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation; and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Objection is GRANTED.

2. The Released Claims are hereby disallowed in its entirety.

3. The Late-Filed Claims are hereby reclassified as tardily filed claims under 11 U.S.C. § 726(a)(3).

4. The Clerk of Court is authorized to amend the claims register to comport with the entry of this Order.

5. This Order shall be immediately effective and enforceable upon its entry.

6. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

**\*\*\*   END OF ORDER   \*\*\***

Prepared and presented by:

**GREENBERG TRAURIG, LLP**
      /s/ John D. Elrod
John D. Elrod, Ga. Bar No. 246604
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Telephone - (678) 553-2259
Fax – (678) 553-2269
elrodj@gtlaw.com

*Counsel for S. Gregory Hays,*
*Chapter 7 Trustee for Clarkesville Liquidation, Inc., et al.*

**DISTRIBUTION LIST**

Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303

Office of the United States Trustee
James H. Morawetz, Esq.
R. Jeneane Treace, Esq.
362 Richard Russell Bldg.
75 Spring Street
Atlanta, GA  30303

Pitney Bowes Global Financial Services LLC
4901 Belfort Road, Suite 120
Jacksonville, FL 32256

Wheeler Industrial Corporation
Isenberg and Hewitt PC
Harriet C Isenberg, Bldg 15, Ste 100
7000 Peachtree-Dunwoody Rd
Atlanta, GA 30328

S. Gregory Hays
Hays Financial Consulting, LLC
3343 Peachtree Road, NE, Suite 200
Atlanta, GA 30326

Elco Sintered Alloys, Inc
Attn: Richard Green
269 Fairview Road
Kersey, PA 15846-0183

Chester Little
125 Brierwood Dr
Watertown, CT 06795

*ATL 21119285v1*