**IT IS ORDERED as set forth below:**



**Date: March 22, 2016**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **CLARKESVILLE LIQUIDATION** | ) | |
| **INC.**, *et al.*, f/d/b/a Scovill Fasteners | ) | |
| **Inc.** *et al.*, | ) | Case No. 11-21650-JRS |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### ORDER GRANTING CHAPTER 7 TRUSTEE'S OBJECTION
### TO THE CLAIM OF JOHN PHILLIP SIMS
### (Claim No. 114-1)

Upon consideration of the above-captioned Chapter 7 Trustee's Objection to the Claim of John Phillip Sims (the "**Objection**"),[1] and the Court having jurisdiction over these cases and proceedings pursuant to 28 U.S.C. §§ 157 and 1334; and venue of these cases in this district being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and upon the hearing upon the Objection, if

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Objection.

ATL 21119211v1

applicable; and Court having determined that the relief requested in the Objection is in the best interests of the Debtors' bankruptcy estates, their creditors and other parties in interest; and due and proper notice of the Objection having been given, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation; and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Objection is GRANTED.

2. Claim No. 114-1 is hereby disallowed in its entirety.

3. The Clerk of Court is authorized to amend the claims register to comport with the entry of this Order.

4. This Order shall be immediately effective and enforceable upon its entry.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

**\*\*\*   END OF ORDER   \*\*\***

*ATL 21119211v1*

Prepared and presented by:

**GREENBERG TRAURIG, LLP**
         /s/ John D. Elrod
John D. Elrod, Ga. Bar No. 246604
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Telephone - (678) 553-2259
Fax – (678) 553-2269
elrodj@gtlaw.com

*Counsel for S. Gregory Hays,*
*Chapter 7 Trustee for Clarkesville Liquidation, Inc., et al.*

**DISTRIBUTION LIST**

Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
3343 Peachtree Road, NE, Suite 200
Atlanta, GA 30326

John Phillip Sims
277 Hubert Harris Rd.
Cornelia, GA 30531

–4–

ATL 21119211v1