UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| CLARKESVILLE LIQUIDATION INC., *et al.*, | ) Case No. 11-21650-JRS |
| f/d/b/a Scovill Fasteners Inc., *et al.*, | ) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### SIXTH INTERIM FEE APPLICATION OF GREENBERG TRAURIG, LLP FOR APPROVAL OF FEES AND EXPENSES BY ATTORNEYS FOR S. GREGORY HAYS, CHAPTER 7 TRUSTEE

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure ("Federal Rule 2016"), Greenberg Traurig, LLP ("Greenberg Traurig") hereby applies (the "Application") for an award of compensation for professional legal services rendered to S. Gregory Hays, Chapter 7 Trustee ("Trustee") in the amount of $40,683.00 for fees, together with expenses of $1,314.97, for a total award in the amount of $41,997.97, for the period from November 1, 2015 through October 31, 2016 (the "Fee Period"). In support of the Application, Greenberg Traurig respectfully represents as follows:

### BACKGROUND

1. On April 19, 2011 (the "Petition Date"), Scovill Fasteners Inc., Scovill, Inc., PCI Group, Inc., Rau Fastener Company, LLC, and Scomex, Inc. filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (the "Code"). On April 25, 2011, this Court's Order Directing Joint Administration of Related Chapter 11 Cases (Docket No. 29) was entered directing that the related cases be jointly administered under the above-captioned case. By Order of the Court, Applicant was approved as counsel to the Committee.

ATL 21675187v1

2. On July 12, 2011, these cases were converted to Chapter 7 cases (Docket No. 203), and S. Gregory Hays was appointed interim trustee effective as of July 12, 2011 (Docket No. 207).

3. On August 3, 2011, the Trustee filed his Application to Approve Employment of Greenberg Traurig, LLP as his Counsel [Docket #241].

4. On August 15, 2011, this Court entered an Order approving the retention of Greenberg Traurig as counsel to the Trustee *nunc pro tunc* to July 12, 2011. [Docket #253].

5. On August 18, 2014, these cases were reassigned to the Honorable James R. Sacca [Docket No. 516].

6. The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of the case is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

7. In this Application, Greenberg Traurig seeks, as an administrative expense, the allowance and payment of compensation in the sum of $40,683.00 for fees, together with expenses of $1,314.97, for a total award in the amount of $41,997.97 herein for professional services rendered during the period beginning November 1, 2015 through October 31, 2016 (the "Application Period").

8. Greenberg Traurig has prepared a summary of fees and expenses incurred for the Application Period attached hereto as **Exhibit A**.

9. All services for which compensation is requested by Greenberg Traurig were performed for and on behalf of the Trustee and not on behalf of any other person.

10. Greenberg Traurig has prepared a detailed description of services rendered during the Application Period by date, time and nature of service performed, which is attached hereto as **Exhibit B**. The statements attached as **Exhibit B** to the Application are divided into two general categories, Case Administration and Avoidance Litigation. A description of the results obtained in each category follows:

A. <u>Case Administration</u>. The Applicant monitored the dockets of the main case, communicated with the Court, creditors, and the Trustee regarding case issues, and attended hearings.

B. <u>Avoidance Litigation.</u> The Applicant has filed, and prosecuted, over 50 avoidance adversary proceedings. To date, the Applicant has recovered not less than $1,025,000.00 from 77 different recipients of avoidable transfers, including 45 defendants in adversary proceedings.

11. <u>Exhibit "C"</u> attached hereto is an Affidavit of John D. Elrod confirming the facts set out in this Application and the Exhibits hereto.

12. This Application is filed pursuant to §§ 330 and 331 of the Bankruptcy Code. Applicant shows that the interim compensation requested by this applicant satisfies the standards and guidelines set forth in <u>Johnson v. Georgia Highway Express</u>, 488 F.2d 714 (U.S.C.A. 5th 1974), and <u>In re First Colonial Corporation</u>, 544 F.2d 1291 (U.S.C.A. 5th 1977), as amplified by <u>Norman v. Housing Authority of City of Montgomery</u>, 836 F.2d 1292 (11th Cir. 1988).

13. Since his appointment, the Trustee and his counsel have been administering these estates by, without limitation, taking the following action:

    a) completing the sale of the Debtors' Hong Kong subsidiary and selling other assets of the estates;

      b)    providing the Debtors' retirees with notice of benefits available to them following the termination of the Debtors' benefit plans,

      c)    administering claims against the estates, including retiree claims and section 503(b)(9) claims,

      d)    investigating, prosecuting, and resolving the estates' causes of action,

      e)    consummating a settlement between the Debtors' DIP lender and the purchaser of its assets, Global SFI, regarding the working capital adjustment contained in the Debtors' Asset Purchase Agreement,

      f)    preparing and filing state and federal tax returns,

      g)    collecting assets of the estate, and

      h)    pursuing various causes of action of the estates, including avoidance actions.

The administration of these cases is ongoing. The Applicant is presently assisting the Trustee in winding down the Debtors' affairs and closing these cases, which is anticipated to be completed in 2017.

14. Interim payment of fees and expenses is necessary and appropriate at this juncture due to the progress made by the Trustee in resolving issues in these cases, the length of time since these cases have been converted and the previous fee applications, the cash on hand in the estates, and the cost of maintaining cash in bank accounts due to the bank and technology service fees. The Trustee and his professionals have engaged in extensive work relating to this chapter 7 liquidation, and respectfully submit that interim payment of fees is appropriate at this time.

**WHEREFORE,** Applicant respectfully requests:

(a) an Order approving interim compensation in the amount of $40,683.00 for fees, together with expenses of $1,314.97, for a total award in the amount of $41,997.97 for the Fee Period;

(b) an Order authorizing the Chapter 7 Trustee to pay the fees and expenses as outlined herein; and

(c) such other and further relief as the Court deems just and proper.

This 4th day of November, 2016.

**GREENBERG TRAURIG, LLP**

/s/ John D. Elrod
John D. Elrod
Georgia Bar No. 246604
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30327
Telephone: 678.553.2259
Facsimile: 678.553.2269
elrodj@gtlaw.com

ATL 21675187v1               5

EXHIBIT "A"

| Timekeeper | Hours | Hourly Rate | Amount |
|---|---|---|---|
| Bratton, Sandy | 0.7 | $275.00 | $192.50 |
| Crawford, Chas | 6.1 | $425.00 | $2,592.50 |
| Elrod, John D. | 73.1 | $475.00 - $515.00 | $36,626.50 |
| Kaplan, David | 1.4 | $265.00 | $371.00 |
| Keck, Benjamin R. | 0.6 | $375.00 | $225.00 |
| Kurzweil, David | 0.3 | $875.00 | $262.50 |
| Perkins, DeWitt | 1.4 | $295.00 | $413.00 |
| **TOTAL** | | | **$40,683.00** |

# EXHIBIT "B"

Case 11-21650-jrs    Doc 667    Filed 11/04/16    Entered 11/04/16 15:13:32    Desc Main
Document    Page 7 of 18

# GT GreenbergTraurig

Page : 1
Invoice Date : November 4, 2016
Client No. : 135015.010100
Invoice No. : 4338578
Tax ID : 13-3613083

S. Gregory Hays
Atlanta Financial Center
3343 Peachtree Road
Suite 200
Atlanta, Georgia 30326

Case Administration

Legal Services through 10/31/16:

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/04/15 | JDE | Attention to GE issues and review of records relating to source and uses of estate funds | 2.7 hrs. |
| 11/05/15 | JDE | Settlement discussions with GE (.2); follow up regarding same (.3) | 0.5 hrs. |
| 11/06/15 | JDE | Finalize and file fee application | 2.1 hrs. |
| 11/09/15 | DK | Review and analysis of pleadings, notices and orders, and update pleading records and calendar | 0.1 hrs. |
| 11/20/15 | JDE | Draft Hays financial fee application | 2.1 hrs. |
| 11/24/15 | DK | Review and analysis of pleadings, notices and orders, and update pleading records and calendar (.1); preparation of notice of hearing regarding fifth interim fee application of Hays Financial Consulting, LLC for approval of fees and expenses and attention to electronic filing of same (.2); review and analysis of invoices and preparation of exhibits to fifth interim application of Hays Financial Consulting, LLC as Accountants for S. Gregory Hays, Chapter 7 Trustee (.6); finalize fifth interim application of Hays Financial Consulting, LLC as Accountants for S. Gregory Hays, Chapter 7 Trustee | 1.3 hrs. |

DVK:SC

# GT GreenbergTraurig

|  |  |  |
|---|---|---|
|  | Page : | 2 |
|  | Invoice Date : | November 4, 2016 |
|  | Client No. : | 135015.010100 |
|  | Invoice No. : | 4338578 |
|  | Tax ID : | 13-3613083 |

and attention to electronic filing of same (.4)

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/03/15 | JDE | Prepare for and attend hearing on GT fee application (3.1); draft proposed order (.3); circulate proposed order to US Trustee (.2) | 3.6 hrs. |
| 12/09/15 | JDE | Review of claims of Texas Comptroller and draft proposed order resolving same | 0.7 hrs. |
| 12/10/15 | JDE | Communication with client regarding Texas Comptroller claim | 0.2 hrs. |
| 12/15/15 | JDE | Review and analysis regarding challenge to EU claim (1.3); attention to GE claim issues and communication with GE's counsel regarding same (.5) | 1.8 hrs. |
| 12/16/15 | JDE | Attention to European Commission claim and review and analysis regarding same | 2.1 hrs. |
| 12/17/15 | JDE | Attend hearing on Hays financial fee application (3.0); circulate and submit proposed order to court (.3) | 3.3 hrs. |
| 12/18/15 | JDE | Review, analysis and draft European Commission claims objection | 3.1 hrs. |
| 12/20/15 | JDE | Research subordination of European Commission claim | 2.2 hrs. |
| 12/21/15 | JDE | Communication with counsel for GE regarding claim issues (.3); update client on case issues (.2) | 0.5 hrs. |
| 02/08/16 | JDE | Review of unsecured claims for claims objections | 2.5 hrs. |
| 02/10/16 | JDE | Communication with client regarding case issues (.6); draft EC claim objection (1.2); review of remaining claims for purposes of objection (3.1) | 4.9 hrs. |

DVK:SC

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

# GT GreenbergTraurig

|  |  | Page : | 3 |
|--|--|--|--|
|  |  | Invoice Date : | November 4, 2016 |
|  |  | Client No. : | 135015.010100 |
|  |  | Invoice No. : | 4338578 |
|  |  | Tax ID : | 13-3613083 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/11/16 | JDE | Review of claims and attention to potential grounds for objections | 4.8 hrs. |
| 02/12/16 | JDE | Review of general unsecured claims population for claims objection purposes | 8.3 hrs. |
| 02/13/16 | JDE | Draft second omnibus claim objection and separate objections to claims of UAW, Hartford, Sims and Ossias | 5.5 hrs. |
| 02/15/16 | JDE | Revise and file claims objections to general unsecured claims (3.8); review of claims register regarding additional potential objections (2.1); draft Canon objection (1.1) | 7.0 hrs. |
| 02/26/16 | JDE | Communication with counsel for UAW regarding claim objection and update client regarding same | 0.4 hrs. |
| 02/29/16 | JDE | Communication with counsel for UAW and client regarding liquidation of claim issues | 0.3 hrs. |
| 03/16/16 | JDE | Draft proposed orders on claims objections | 1.1 hrs. |
| 03/17/16 | JDE | Prepare for and attend hearing on claim objections | 4.1 hrs. |
| 03/18/16 | JDE | Revise and submit proposed orders on claims objections | 1.0 hrs. |
| 04/18/16 | JDE | Communication with J. Dutson and client regarding case issues | 0.5 hrs. |
| 05/09/16 | JDE | Attention to GE issues and communication with client, proposed conflicts counsel and GE's counsel regarding same | 0.6 hrs. |
| 05/10/16 | JDE | Preparation for and participate in conference call with conflicts counsel regarding GE issue | 0.9 hrs. |
| 05/11/16 | JDE | Draft MMM retention application | 1.0 hrs. |

DVK:SC

# GT GreenbergTraurig

|  |  |  | Page : | 4 |
|---|---|---|---|---|
|  |  |  | Invoice Date : | November 4, 2016 |
|  |  |  | Client No. : | 135015.010100 |
|  |  |  | Invoice No. : | 4338578 |
|  |  |  | Tax ID : | 13-3613083 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/01/16 | JDE | Revise and circulate MMM retention order | 0.2 hrs. |
| 07/01/16 | JDE | Draft and circulate Select Staffing settlement agreement | 0.5 hrs. |
| 07/21/16 | DVK | Review of status and open issues | 0.3 hrs. |
| 08/16/16 | JDE | Attention to secured creditor matters | 0.2 hrs. |
| 09/01/16 | DP | Draft motion to approve settlement against Real Time Staffing | 1.4 hrs. |
| 09/02/16 | JDE | Review and revise Real Time Staffing settlement motion and attention to filing same | 0.5 hrs. |
| 09/02/16 | BRK | Finalize motion to approve settlement and notice of hearing | 0.6 hrs. |
| 09/15/16 | CHC | Counsel strategy meeting; review motion; prepare for settlement hearing | 0.4 hrs. |
| 10/05/16 | CHC | Review and prepare for hearing | 0.8 hrs. |
| 10/06/16 | CHC | Research online docket concerning objections; prepare for and attend 9019 motion hearing in Gainesville, GA; counsel emails; draft and edit order and prepare for filing | 4.9 hrs. |
| 10/11/16 | JDE | Communication with client regarding case status (.3); communication with Real Time Staffing's counsel regarding settlement payment (.2) | 0.5 hrs. |
| 10/18/16 | JDE | Draft final fee application (.8); communication with client regarding same (.2) | 1.0 hrs. |
| 10/31/16 | JDE | Draft final fee application | 1.1 hrs. |

DVK:SC

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

# GT GreenbergTraurig

|  | Page : | 5 |
|---|---|---|
|  | Invoice Date : | November 4, 2016 |
|  | Client No. : | 135015.010100 |
|  | Invoice No. : | 4338578 |
|  | Tax ID : | 13-3613083 |

### Timekeeper Summary

| Timekeeper | Hours | Average Rate | Total |
|---|---|---|---|
| John D. Elrod | 71.80 | 501.13 | 35,981.00 |
| David B. Kurzweil | 0.30 | 875.00 | 262.50 |
| Chas Crawford | 6.10 | 425.00 | 2,592.50 |
| Benjamin R. Keck | 0.60 | 375.00 | 225.00 |
| DeWitt Perkins | 1.40 | 295.00 | 413.00 |
| David Kaplan | 1.40 | 265.00 | 371.00 |
| TOTAL: | 81.60 | 488.30 | $39,845.00 |

Current Services Rendered:    $    39,845.00

Expenses:

| Business Meals | 12.78 |
|---|---|
| Conference Calls | 3.37 |
| Local Travel | 112.62 |
| Postage | 6.86 |
| Travel and Lodging Out of Town | 54.54 |
| Information and Research | 1,124.80 |

Total Expenses:    $    1,314.97

**Total Current Fees and Expenses:**    $    **41,159.97**

DVK:SC

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

# GT GreenbergTraurig

|  |  |
|---|---|
| Page : | 1 |
| Invoice Date : | November 4, 2016 |
| Client No. : | 135015.011200 |
| Invoice No. : | 4338579 |
| Tax ID : | 13-3613083 |

S. Gregory Hays
Atlanta Financial Center
3343 Peachtree Road
Suite 200
Atlanta, Georgia  30326

Avoidance litigation

Legal Services through 10/31/16:

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/04/15 | JDE | Attention to collection of Resolve Environmental settlement amount and draft dismissal of claim | 0.6 hrs. |
| 02/22/16 | SDB | Review and analysis of pleadings, notices and orders, and update pleading records; update calendar | 0.3 hrs. |
| 03/03/16 | JDE | Review of Real Time Staffing defenses letter and communication with defendant regarding same | 0.5 hrs. |
| 05/20/16 | SDB | Review and analysis of pleadings, notices and orders, and update pleading records | 0.1 hrs. |
| 06/28/16 | JDE | Negotiate Select Staffing settlement | 0.2 hrs. |
| 07/07/16 | SDB | Review and analysis of pleadings, notices and orders, and update pleading records | 0.1 hrs. |
| 07/26/16 | SDB | Review and analysis of pleadings, notices and orders, and update pleading records | 0.1 hrs. |
| 09/15/16 | SDB | Review and analysis of pleadings, notices and orders, and update pleading records | 0.1 hrs. |

DVK:SC



|  | Page : | 2 |
|---|---|---|
|  | Invoice Date : | November 4, 2016 |
|  | Client No. : | 135015.011200 |
|  | Invoice No. : | 4338579 |
|  | Tax ID : | 13-3613083 |

## Timekeeper Summary

| Timekeeper | Hours | Average Rate | Total |
|---|---|---|---|
| John D. Elrod | 1.30 | 496.54 | 645.50 |
| Sandy Bratton | 0.70 | 275.00 | 192.50 |
| TOTAL: | 2.00 | 419.00 | $838.00 |

Current Services Rendered:  $  838.00

**Total Current Fees and Expenses:**  $  **838.00**

DVK:SC

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

EXHIBIT "C"

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CLARKESVILLE LIQUIDATION INC., *et al.*, | ) | Case No. 11-21650- JRS |
| f/d/b/a Scovill Fasteners Inc., *et al.*, | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## AFFIDAVIT

**STATE OF GEORGIA**
**COUNTY OF FULTON**

Before me, the undersigned attesting officer duly authorized to administer oaths, personally appeared John D. Elrod, who after being duly sworn, deposes and says:

1. I am a shareholder in the law firm of Greenberg Traurig, LLP ("GT") and have knowledge of the facts set forth herein.

2. The facts set out in the foregoing Sixth Interim Fee Application of Greenberg Traurig, LLP, for Approval of Fees and Expenses by Attorneys for S. Gregory Hays, Chapter 7 Trustee, and the exhibits attached thereto are true and correct to the best of my knowledge, information and belief. Those facts are known to me personally or established by business records of GT, maintained in the ordinary course of business, including time and reimbursement records made by lawyers and paralegals at GT.

_____
John D. Elrod

Sworn to and subscribed
before me this 4th day of November, 2016.

_____
Notary Public
My Commission Expires: July 30, 2017

SARA FIELDS
NOTARY PUBLIC
COBB COUNTY, GEORGIA
MY COMMISSION EXPIRES JULY 30, 2017

ATL 21675187v1                                8

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have served copies of the *Sixth Interim Fee Application of Greenberg Traurig, LLP for Approval of Fees and Expenses by Attorneys for S. Gregory Hays, Chapter 7 Trustee* via notice of electronic filing on all parties receiving electronic notices in this case and via first class United States Mail in prepaid envelopes, as follows:

| | |
|---|---|
| John C. Weitnauer<br>Alston & Bird, LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424 | S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Atlanta Financial Center<br>Suite 200<br>3343 Peachtree Road, NE<br>Atlanta, GA 30326 |
| Internal Revenue Service<br>500 N. Capitol Street, NW<br>Washington, DC 20221 | Internal Revenue Service<br>290 Broadway<br>New York, NY 10007 |
| Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F Street NE<br>Washington, DC 20549 | James H. Morawetz<br>Office of the U.S. Trustee<br>362 Richard Russell Building<br>75 Spring Street, SW<br>Atlanta, GA 30303 |
| GSCP Recovery Inc.<br>Attn: Peter Frank<br>500 Campus Drive<br>Suite 220<br>Florham Park, NJ 07032 | General Electric Capital Corp.<br>c/o Sarah Borders<br>King & Spalding LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309 |
| Internal Revenue Service<br>Department of the Treasury<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>2970 Market Street<br>Mail Stop 5-Q30, 133<br>Philadelphia, PA 19104-5016 |

Karen Veronica Defio
Thomas Kennedy
Bond Schoeneck & King PLLC
One Lincoln Center
18th Floor
Syracuse, NY 13202

Erich Durlacher
Bryan Glover
Burr & Forman LLP
171 Seventeenth Street, NW
Suite 100
Atlanta, GA 30363

Craig G. Harley
Chitwood Harley Harnes LLP
Promenade II, Ste 2300
1230 Peachtree Street NE
Atlanta, GA 30309

Ryan L. Isenberg
Isenberg & Hewitt PC
7000 Peachtree Dunwoody Road
Building 15, Suite 100
Atlanta, GA 30328

Robert M. Saunders
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd
11th Floor
Los Angeles, CA 90067-4100

Stuart Wilson
Tennessee Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760

Securities & Exchange Commission
George S. Canellos, Regional Director
New York Regional Office
3 World Financial Center, Ste 400
New York, NY 10281-1022

Broward County
Attn: Joni Armstrong Coffey
Government Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301

Lawrence V. Young
CGA Law Firm
135 N. George Street
York, PA 17401

Karen Fagin White
Cohen Pollock Merlin & Small PC
3350 Riverwood Parkway
Suite 1600
Atlanta, GA 30339

Thomas R. Walker
McGuireWoods LLP
1170 Peachtree Street NE
Suite 2100
Atlanta, GA 30309

Shayna M. Steinfeld
Steinfeld & Steinfeld PC
P.O. Box 49446
Atlanta, GA 30359

Christopher M. Jacobson
Assistant Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202

ATL 21675187v1                              10

Dated this 4th day of November, 2016.

/s/ John D. Elrod
John D. Elrod
Georgia Bar No. 246604