**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | |
| **CLARKESVILLE LIQUIDATION** | ) | |
| **INC.,** *et al.*, **f/k/a Scovill Fasteners** | ) | |
| **Inc.,** *et al.*, | ) | **Case No. 11-21650-JRS** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |

**CHAPTER 7 TRUSTEE'S THIRD OMNIBUS OBJECTION
TO THE ALLOWANCE OF CLAIMS**
(Misclassified Claims)

> **IF YOU RECEIVED THIS DOCUMENT, YOU SHOULD CAREFULLY REVIEW THE ATTACHED EXHIBIT TO LOCATE YOUR NAME AND CLAIM(S) THAT ARE SUBJECT TO THIS OBJECTION.**

COMES NOW, S. Gregory Hays, as Chapter 7 Trustee (the "Trustee") for Clarkesville Liquidation, Inc., *et al.* f/d/b/a Scovill Fasteners Inc., *et al.* ("Scovill" or the "Debtors"), and objects to the allowance of certain claims (the "Subject Claims") which have been asserted in the wrong class. In support of this Objection, the Trustee respectfully represents as follows:

**I. Relief Requested**

1. By this Objection, the Trustee respectfully requests the entry of an order, pursuant to Section 502 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 3007, reclassifying the Subject Claims listed on Exhibit A.

**II. Jurisdiction**

2. This Court has jurisdiction over this Objection under 28 U.S.C. § 1334. Venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

ATL 21784922v1

### III. Background

3. On April 19, 2011 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 11 of the Bankruptcy Code with the Clerk of this Court. The Trustee was appointed as chapter 7 trustee as of July 12, 2011.

4. Pursuant to 11 U.S.C. § 704, the Trustee's statutory duties include, *inter alia*, prosecuting objections to claims.

### IV. Bases For Relief Requested

5. The Subject Claims listed on Exhibit A have been asserted in a priority which exceeds that which the claimant is entitled to under applicable law.

6. Unless the Subject Claims are reclassified, each holder of a Subject Claim will receive a greater distribution than is proper under the Bankruptcy Code. Therefore, the Trustee respectfully requests that the Subject Claims be reclassified into the classes indicated on Exhibit A.

### V. Reservation of Rights

7. The Trustee reserves the right to supplement this Objection and to object to the Subject Claims on any other grounds not stated herein. In addition, the Trustee reserves the right to object to all other claims filed in the Debtors' cases, including the Subject Claims and any other claims asserted by holders of the same.

### VI. Notice

8. A copy of this Objection and a Notice of the Hearing on the Objection shall be served upon (i) the United States Trustee; and (ii) the holder of each Subject Claim. The Trustee respectfully represents that such notice is adequate and complies with Federal Rules of Bankruptcy

Procedure 2002 and 3007, and LBR 3007-1. In light of the nature of the relief requested, the Trustee submits that no further notice is necessary.

**WHEREFORE**, the Trustee respectfully requests that this Court:

(a)    reclassify the Subject Claims into the classes listed on <u>Exhibit A</u>; and

(b)    grant the Trustee such other and further relief as is just and proper.

Respectfully submitted this 9th day of January, 2017.

                         **GREENBERG TRAURIG, LLP**

                         /s/ John D. Elrod
                        John D. Elrod, Ga. Bar No. 246604
                        3333 Piedmont Road, NE, Suite 2500
                        Atlanta, Georgia 30305
                        Telephone - (678) 553-2259
                        Fax – (678) 553-2269
                        elrodj@gtlaw.com
                        Counsel for S. Gregory Hays, Chapter 7 Trustee

*ATL 21784922v1*

**Exhibit A**
**Misclassified Claims**

| Claimant | Claim No(s). | Claim Amount(s) | Asserted Class | Proposed Class |
|---|---|---|---|---|
| Alltec GmbH | 136-1 | $17,228.84 | Chapter 11 Administrative | General Unsecured Claim |
| Boucher, Donald | 126-1 | $2,400.00 | Administrative/ Priority | General Unsecured Claim |
| Boucher, Donald | 127-1 | $644.12 | Administrative/ Priority | General Unsecured Claim |
| Boucher, Donald | 128-1 | $20,384.00 | Administrative/ Priority | General Unsecured Claim |
| Boucher, Roland | 141-1 | $2,100.00 | Administrative/ Priority | General Unsecured Claim |
| Commonwealth of Massachusetts | 185-1 | $456.00 | Chapter 7 Administrative | General Unsecured Claim |
| Feltz, Robert W. | 124-1 | $10,481.31 | Priority | General Unsecured Claim |
| Hinds County Tax Collector | 139-1 | $970.42 | Chapter 11 Administrative | General Unsecured Claim |
| Letourneau, Norman P. | 35-1 | $2,100.00 | Secured | General Unsecured Claim |

| | | | | |
|---|---|---|---|---|
| OSG-Sterling Die, Inc. | 56-1 | $531.00 | Chapter 11 Administrative | General Unsecured Claim |
| Tool Systems dba TSI Solutions | 147-1 | $93.76 | Chapter 11 Administrative | General Unsecured Claim |

5

# CERTIFICATE OF SERVICE

      I hereby certify that on this day I served a copy of the foregoing pleading on all parties receiving notices of electronic filing in this case, and by first class, United States mail, postage prepaid to the following:

| | | |
|---|---|---|
| Office of the United States Trustee<br>R. Jeneane Treace, Esq.<br>362 Richard Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA  30303 | Alltec GmbH<br>An der Trave 27-31<br>23923 Selmsdorf<br>Deutschland<br>Germany | Hinds County Tax Collector<br>P.O. Box 1727<br>Jackson, MS 39215 |
| Tool Systems<br>d/b/a TSI Solutions<br>2220 Centre Park Court<br>Stone Mountain, GA 30087 | Robert W. Feltz<br>8065 Brixton Place<br>Suwanee, GA 30024-5383 | Commonwealth of Massachusetts<br>c/o Leslie Physic, Tax Examiner<br>Box 9564<br>Boston, MA 02114-9654 |
| Norman P. Letourneau<br>58 Colorado Street #1<br>Keene, NH 03431 | Kara Lynn Brown, Esq.<br>P.O. Box 32<br>Rochester, MA 02770<br>*Attorney for Donald Boucher* | Roland A. Boucher<br>16 Covell Street<br>New Bedford, MA 02745-6023 |
| OSG-Sterling Die, Inc.<br>676 East Fullerton Ave<br>Glendale Heights, IL 60139 | Charles E. Stokes<br>Hinds County Tax Collector<br>P.O. Box 22908<br>Jackson, MS 39225-2908 | |

Dated this the 9th day of January, 2017.

                                                   /s/ John D. Elrod
                                                   John D. Elrod