

**IT IS ORDERED as set forth below:**


**Date: February 27, 2017**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **CLARKESVILLE LIQUIDATION** | ) | |
| **INC.**, *et al.*, **f/d/b/a Scovill Fasteners** | ) | |
| **Inc.** *et al.*, | ) | Case No. 11-21650-JRS |
| | ) | |
| Debtors. | ) | Jointly Administered |

_____

### ORDER SUSTAINING CHAPTER 7 TRUSTEE'S THIRD OMNIBUS
### OBJECTION TO THE ALLOWANCE OF CLAIMS
#### (Misclassified Claims)

Upon consideration of the above-captioned Chapter 7 Trustee's Third Omnibus

Objection to the Allowance of Claims (the "**Objection**"),[1] and the Court having

jurisdiction over these cases and proceedings pursuant to 28 U.S.C. §§ 157 and 1334; and

venue of these cases in this district being proper before this Court pursuant to 28 U.S.C.

§§ 1408 and 1409; and consideration of the Objection and the relief requested therein

being a core proceeding pursuant to 28 U.S.C. § 157(b); and upon the hearing upon the

---

[1]    Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the
Objection.

Objection, if applicable; and Court having determined that the relief requested in the

Objection is in the best interests of the Debtors' bankruptcy estates, their creditors and

other parties in interest; and due and proper notice of the Objection having been given,

and it appearing that no other or further notice need be provided; and the Court having

determined that the legal and factual bases set forth in the Objection establish just cause

for the relief granted herein; and after due deliberation; and sufficient cause appearing

therefore,

### IT IS HEREBY ORDERED THAT:

1.      The Objection is SUSTAINED.

2.      The Subject Claims are hereby reclassified as general unsecured claims.

3.      The Clerk of Court is authorized to amend the claims register to comport

with the entry of this Order.

4.      This Order shall be immediately effective and enforceable upon its entry.

5.      The Court shall retain jurisdiction to hear and determine all matters arising

from or related to the implementation or interpretation of this Order.

### *** END OF ORDER ***

Prepared and presented by:

**GREENBERG TRAURIG, LLP**

_____/s/ John D. Elrod_____
John D. Elrod, Ga. Bar No. 246604
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Telephone - (678) 553-2259
Fax – (678) 553-2269
elrodj@gtlaw.com
*Counsel for S. Gregory Hays,*
*Chapter 7 Trustee for Clarkesville*
*Liquidation, Inc., et al.*

–2–

ATL 21917264v1

## DISTRIBUTION LIST

Office of the United States
Trustee
R. Jeneane Treace, Esq.
362 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

Alltec GmbH
An der Trave 27-31
23923 Selmsdorf
Deutschland
Germany

Hinds County Tax Collector
P.O. Box 1727
Jackson, MS 39215

Tool Systems
d/b/a TSI Solutions
2220 Centre Park Court
Stone Mountain, GA 30087

Robert W. Feltz
8065 Brixton Place
Suwanee, GA 30024-5383

Commonwealth of
Massachusetts
c/o Leslie Physic, Tax
Examiner
Box 9564
Boston, MA 02114-9654

Norman P. Letourneau
58 Colorado Street #1
Keene, NH 03431

Kara Lynn Brown, Esq.
P.O. Box 32
Rochester, MA 02770
*Attorney for Donald
Boucher*

Roland A. Boucher
16 Covell Street
New Bedford, MA 02745-
6023

OSG-Sterling Die, Inc.
676 East Fullerton Ave
Glendale Heights, IL 60139

Charles E. Stokes
Hinds County Tax
Collector
P.O. Box 22908
Jackson, MS 39225-2908

*ATL 21917264v1*